**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PATRICIA ANN MEDINA, as Trustee on behalf of heirs of VICTORIA TRUJILLO, Decedent,

Plaintiff,

v.

BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION,

Defendants.

Case No. 01-1868 JRT/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated and agreed by and between the parties Patricia Ann Medina as Trustee on behalf of heirs of Victoria Trujillo, Decedent, Plaintiff, and Bayer Corporation and Bayer Pharmaceutical Division, Defendants, through the signature of their attorneys-of-record, that the Plaintiff's Complaint and any and all claims and counterclaims which were or should have been asserted by and between these parties, against one and another, are dismissed with prejudice and without further cost to either party.

Dated: January 13, 2005

________________________________________

Ronn B. Kreps (151142)
Mary P. Fritz (0185309)
Laura J. Borst (032548X)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2112
(612) 321-2800

Attorneys for Defendants BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION

Dated: January ___, 2005

________________________________________

Ronald S. Goldser, Esq. (35932)
Timothy Becker, Esq. (256663)
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
(612) 341-0400

Attorneys for Plaintiff PATRICIA ANN MEDINA, AS TRUSTEE ON BEHALF OF HEIRS OF VICTORIA TRUJILLO, DECEDENT