**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PATRICIA ANN MEDINA, as Trustee on behalf of heirs of VICTORIA TRUJILLO, Decedent,

Plaintiff,

v.

BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION,

Defendants.

Case No. 01-1868 JRT/FLN

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on January 14, 2005 I have caused to be electronically filed:

(1) Stipulation for Dismissal with Prejudice

by using ECF system which will send a notice of electronic filing to the following:

Ronald S. Goldser.

Dated: January 14, 2004.

s/Laura J. Borst
Ronn B. Kreps (151142)
Mary P. Fritz (0185309)
Laura J. Borst (032548X)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
Telephone: (612) 321-2800
Facsimile: (612) 321-9600

ATTORNEYS FOR DEFENDANT
BAYER CORPORATION