JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 15 2004

FILED
CLERK'S OFFICE

# *DOCKET NO. 1407*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

## *ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER AND VACATING THE JANUARY 27, 2005 HEARING SESSION*

On September 28, 2004, the Panel filed an order conditionally remanding the 44 actions listed on the attached Schedule A to their respective transferor courts pursuant to 28 U.S.C. §1407(a). Prior to expiration of that order's fifteen-day stay of transmittal, defendants Bayer Corporation (Bayer) and Wyeth filed notices of opposition and the subsequent motions and briefs to vacate the conditional remand order which, taken together, encompass these 44 actions. Bayer and Wyeth have now advised the Panel that they withdraw their initial oppositions to remand of these actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on September 28, 2004, is LIFTED insofar as it relates to the 44 actions listed on the attached Schedule A, and thus these actions are remanded to their respective transferor district courts.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 14, 2004, are VACATED insofar as they relate to these 44 actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY

DEC 15 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE A**

MDL-1407 — In re Phenylpropanolamine (PPA) Products Liability Litigation

Western District of Washington

*Cleotha Beasley v. American Home Products Corp., et al.*, C.A. No. 2:02-895 (N.D. Alabama, C.A. No. 2:02-408)
*Phillip Wiggins, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-419 (N.D. Alabama, C.A. No. 3:01-2303)
*William J. Burns, Jr. v. Wyeth, Inc., et al.*, C.A. No. 2:02-1511 (N.D. Alabama, C.A. No. 5:02-1287)
*Berneata T. Harris, etc. v. Bayer Corp.*, C.A. No. 2:02-1512 (S.D. Alabama, C.A. No. 2:02-317)
*Ramona Wallace v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:01-1642 (C.D. California, C.A. No. 2:01-6835)
*Delores Hall v. Thompson Medical Co., Inc., et al.*, C.A. No. 2:01-2131 (C.D. California, C.A. No. 2:01-9389)
*Jasmine Bias, et al. v. Bayer Corp.*, C.A. No. 2:02-1010 (C.D. California, C.A. No. 2:01-10869)
*Theresa Letour, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-764 (C.D. California, C.A. No. 2:02-992)
*Marsha Archer, et al. v. Whitehall-Robins, et al.*, C.A. No. 2:02-899 (C.D. California, C.A. No. 8:01-1050)
*Earl Sherwood v. American Home Products Corp.*, C.A. No. 2:02-338 (E.D. California, C.A. No. 1:01-6389)
*Robert Stotler, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-339 (E.D. California, C.A. No. 1:01-6390)
*Alvin Carter, et al. v. Bayer Corp., et al.*, C.A. No. 2:02-526 (E.D. California, C.A. No. 1:02-5031)
*Sandra Espinoza v. Whitehall-Robins, et al.*, C.A. No. 2:02-771 (E.D. California, C.A. No. 2:01-2045)
*Susan Jennings, et al. v. Whitehall-Robins, et al.*, C.A. No. 2:02-902 (N.D. California, C.A. No. 5:01-21024)
*Karen Baranowski, et al. v. American Home Products Corp.*, C.A. No. 2:02-22 (N.D. Indiana, C.A. No. 2:01-599)
*Shirley Figg v. American Home Products Corp., et al.*, C.A. No. 2:02-905 (W.D. Kentucky, C.A. No. 3:01-707)
*Pamela Pollard, et al. v. Bayer Corp.*, C.A. No. 2:01-2146 (E.D. Louisiana, C.A. No. 2:01-3420)
*Richard Coleman v. Bayer Corp.*, C.A. No. 2:02-545 (M.D. Louisiana, C.A. No. 3:02-19)
*Alene Finnester v. Whitehall-Robins Healthcare, et al.*, C.A. No. 2:02-30 (W.D. Louisiana, C.A. No. 1:01-2073)

*Gloria Jenkins v. Bayer Corp.*, C.A. No. 2:01-2095 (W.D. Louisiana, C.A. No. 1:01-2090)
*Preston Stemmann v. Bayer Corp.*, C.A. No. 2:01-2097 (W.D. Louisiana, C.A. No. 2:01-2093)
*Bobby Gray v. Bayer Corp., et al.*, C.A. No. 2:01-1796 (W.D. Louisiana, C.A. No. 3:01-1761)
*Linda Spillers, et al. v. American Home Products Corp.*, C.A. No. 2:02-791 (W.D. Louisiana, C.A. No. 3:01-2095)
*Sandra Young, etc. v. Bayer Corp.*, C.A. No. 2:01-2099 (W.D. Louisiana, C.A. No. 3:01-2097)
*R.L. George v. Bayer Corp., et al.*, C.A. No. 2:01-2016 (W.D. Louisiana, C.A. No. 5:01-1922)
*Byron D. Minor, et al. v. Bayer Corp., et al.*, C.A. No. 2:01-2173 (W.D. Louisiana, C.A. No. 6:01-2282)
*Emile Pitre v. Bayer Corp.*, C.A. No. 2:01-2174 (W.D. Louisiana, C.A. No. 6:01-2284)
*Patricia Ann Medina, etc. v. Bayer Corp., et al.*, C.A. No. 2:01-2093 (D. Minnesota, C.A. No. 0:01-1868)
*Inez Lyons v. Bayer Consumer Care*, C.A. No. 2:02-361 (S.D. Mississippi, C.A. No. 3:01-964)
*Donald Moulds, etc. v. Bayer Consumer Care*, C.A. No. 2:02-554 (S.D. Mississippi, C.A. No. 4:01-374)
*Maria T. Graziose, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-1653 (D. Nevada, C.A. No. 2:01-581)
*Barbara B. Stevens, et al. v. American Home Products Corp., et al.*, C.A. No. 2:02-37 (S.D. New York, C.A. No. 1:01-8840)
*Patricia Wood v. Whitehall-Robins*, C.A. No. 2:02-2616 (S.D. New York, C.A. No. 7:02-7979)
*Aaron Victor Martin Fryar, et al. v. Novartis Consumer Health, Inc., et al.*, C.A. No. 2:01-1875 (E.D. North Carolina, C.A. No. 7:01-110)
*Kathlyn Kopecky, etc. v. American Home Products Corp.*, C.A. No. 2:02-38 (N.D. Ohio, C.A. No. 1:01-2526)
*Katherine W. Grunwell, etc. v. Bayer Corp.*, C.A. No. 2:01-2813 (S.D. Ohio, C.A. No. 3:01-452)
*Sherri Scherf, etc. v. American Home Products Corp., et al.*, C.A. No. 2:02-1177 (W.D. Oklahoma, C.A. No. 5:02-284)
*Vicki D. Vogt, et al. v. American Home Products Corp., et al.*, C.A. No. 2:01-1704 (E.D. Pennsylvania, C.A. No. 2:01-2483)
*Kevin Walker v. American Home Products Corp., et al.*, C.A. No. 2:02-40 (E.D. Tennessee, C.A. No. 1:01-329)
*Mildred Jones v. American Home Products Corp., et al.*, C.A. No. 2:03-1384* (W.D. Tennessee, C.A. No. 2:01-2921)

---

* This case number assigned after severance order was issued in W.D. Washington.

*Paul Kelley, et al.* v. *Bayer Corp., et al.*, C.A. No. 2:02-371 (E.D. Texas, C.A. No. 1:01-872)
*Trecina G. Washington v. American Home Products, Inc., et al.*, C.A. No. 2:01-1706 (E.D. Texas, C.A. No. 9:01-157)
*Richard L. Powers v. Whitehall-Robins, et al.*, C.A. No. 2:02-1544 (E.D. Wisconsin, C.A. No. 2:02-227)
*Terry L. Boak v. Bayer Corp.*, C.A. No. 2:02-553 (W.D. Wisconsin, C.A. No. 3:02-66)

INVOLVED TRANSFEROR CLERKS LIST
MDL-1407
IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Charles R. Diard, Clerk
131 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Sherri R. Carter, Clerk
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Jack L. Wagner, Clerk
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal Building & U.S. Courthouse
204 South Main Street
South Bend, IN 46601-2194

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202-2227

Loretta G. Whyte, Clerk
C-151 United States Courthouse
500 Camp Street
New Orleans, LA 70130-3367

Lawrence Talamo, Clerk
Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Robert H. Shemwell, Clerk
1167 United States Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Richard Sletten, Clerk
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J. T. Noblin, Clerk
United States District Court
Post Office Box 23552
Jackson, MS 39225

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael D. Brooks, Acting Clerk
United States District Court
Post Office Box 25670
Raleigh, NC 27611

Ms. Geri M. Smith, Clerk
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

MDL-1407 (Continued)

Mr. James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Robert D. Dennis, Clerk
1210 United States Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr .U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Robert R. Di Trolio, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

David J. Maland, Clerk
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Theresa Owens, Clerk
United States District Court
Post Office Box 432
Madison, WI 53701-0432

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

FILED
LODGED
RECEIVED

DEC 23

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

December 15, 2004

Bruce Rifkin, Clerk
United States Courthouse
700 Stewart Street
Seattle, WA 98101

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Order)

Dear Mr. Rifkin:

A conditional remand order was filed in the above-captioned actions on September 28, 2004. Prior to the expiration of that order's fifteen-day stay, and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), oppositions to the proposed remand were filed and the conditional remand order was stayed until further order of the Panel. The oppositions has now been withdrawn and I am therefore enclosing a certified copy of today's order lifting the stay of the conditional remand order and remanding the actions pursuant to 28 U.S.C. § 1407.

Pursuant to Rule 7.6(g), the parties are to furnish you with a stipulation or designation of the content of the records to be remanded and all necessary copies of any pleadings or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By: [signature]
Regina Hale
Calendar Clerk

Enclosures

cc: Transferee Judge: Judge Barbara Jacobs Rothstein
Transferor Clerks: (See Attached List)

JPML Form 69