CLOSED

**U.S. District Court**
**Western District of Washington (Seattle)**
**CIVIL DOCKET FOR CASE #: 2:01-cv-02093-BJR**
**Internal Use Only**

Medina v. Bayer Corporation, et al
Assigned to: Hon. Barbara J. Rothstein
Demand: $0
Lead case: 2:01-md-01407-BJR (View Member Cases)
Case in other court: Dist of MN, 01-cv-1868
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/03/2002
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Ann Medina**<br>*Trustee on behalf of heirs of Victoria Trujillo, Decedent* | represented by | **Ronald Sydney Goldser**<br>ZIMMERMAN REED<br>651 NICOLLET MALL<br>STE 501<br>MINNEAPOLIS, MN 55402<br>612-341-0400<br>Fax: FAX 1-612-341-0844<br>Email: rsg@zimmreed.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy J Becker**<br>ZIMMERMAN REED<br>651 NICOLLET MALL<br>STE 501<br>MINNEAPOLIS, MN 55402<br>612-341-0400<br>Fax: FAX 1-612-341-0844<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Bayer Corporation** | represented by | **Lana K Varney**<br>FULBRIGHT & JAWORSKI (AUSTIN)<br>600 CONGRESS AVENUE<br>SUITE 2400<br>AUSTIN, TX 78701<br>512-536-4594<br>Fax: FAX 1-512-536-4598<br>Email: lvarney@fulbright.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Andrew James Vlietstra**
FULBRIGHT & JAWORSKI
225 6TH ST S
STE 4850
MINNEAPOLIS, MN 55402
612-399-1828
Fax: FAX 1-612-321-9600
*TERMINATED: 04/19/2002*
*LEAD ATTORNEY*

**Ronn B Kreps**
FULBRIGHT & JAWORSKI
225 6TH ST S
STE 4850
MINNEAPOLIS, MN 55402
612-399-1828
Fax: FAX 1-612-321-9600
Email: rkreps@fulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry O Tottenham**
FULBRIGHT & JAWORSKI
600 CONGRESS AVENUE
SUITE 2400
AUSTIN, TX 78701
512-536-4594
Fax: FAX 1-512-536-2490
Email: ttottenham@fulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hetal Dalal**
FULBRIGHT & JAWORSKI (MN)
2100 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
612-321-2230
Email: hdalal@fulbright.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Pharmaceutical Division** represented by **Lana K Varney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Andrew James Vlietstra**
(See above for address)
*TERMINATED: 04/19/2002*
*LEAD ATTORNEY*

**Ronn B Kreps**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry O Tottenham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hetal Dalal**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2002 | 8 | TRANSMITTAL OF DOCUMENTS from District of Minnesota as to MDL Order (CTO-5) dated 12/12/01 re: MDL 1407 (PPA). District of Minnesota civil case number is 01-cv-1868. (MD) Modified on 01/07/2002 (Entered: 01/07/2002) |
| 01/08/2002 | | ENT- The Clerk will maintain a master docket and case file under the style PPA cases: all orders, pleadings, motions, and other documents will, when filed and docketed in the Master Case File, be deemed filed and docketed in each individual case to the extend possible. (MD) (Entered: 01/08/2002) |
| 01/08/2002 | | Terminate Case (utility event) Per BJR (MD) (Entered: 01/08/2002) |
| 06/07/2004 | 9 | PETITION for Suggestion of Remand Order filed by Plaintiff Patricia Ann Medina. (Goldser, Ronald) (Entered: 06/07/2004) |
| 07/16/2004 | 10 | ORDER TO SHOW CAUSE Why this matter should not be remanded by Judge Barbara J. Rothstein. Show Cause Response due by 7/30/2004. (AE, ) (Entered: 07/19/2004) |
| 09/01/2004 | 11 | SUGGESTION OF REMAND ORDER, related only to the cases listed on Attachment A, by Judge Barbara J. Rothstein. (LT, ) (Entered: 09/01/2004) |
| 09/01/2004 | 12 | NOTICE re SUGGESTION OF REMAND ORDER entered in MDL 1407, document number 2940. Due to system failure, this Notice is entered to provide the parties of notice of filing. (LT, ) (Entered: 09/02/2004) |
| 09/14/2004 | 13 | NOTICE by Plaintiff Patricia Ann Medina *Election Regarding Alternative Dispute Resolution* (Goldser, Ronald) (Entered: 09/14/2004) |

| | | |
|---|---|---|
| 10/13/2004 | 14 | ORDER by MDL Panel re: MDL 1407 (PPA) CONDITIONAL REMAND ORDER, received and filed on October 13, 2004. The actions listed on the attached schedule are hereby remanded to their respective Transferor courts.<br><br>Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), parties are to furnish a stipulation or designation of the contents to be remanded and all necessary copies. (LT, ) (Entered: 10/15/2004) |
| 10/15/2004 | 15 | FINAL MDL PRETRIAL ORDER relating to the cases listed on Attachment A, by Judge Barbara J. Rothstein. (LT, ) (Entered: 10/15/2004) |
| 10/15/2004 | | NOTICE OF DOCKET CORRECTION: The Conditional Remand Order entered on 10/13/04 is hereby STRICKEN; a revised Conditional Remand Order is forthcoming from the JPML. (LT, ) (Entered: 10/15/2004) |
| 12/23/2004 | 16 | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER *AND VACATING THE JANUARY 27, 2005 HEARING SESSION* by MDL Panel re: MDL 1407 (PPA) filed on December 15, 2004: The Panel's conditional remand order filed on September 28, 2004, is LIFTED, and the 44 actions listed on the attached Schedule A are remanded to their respective transferor district courts pursuant to 28 USC 1407(a). (LT, ) (Entered: 12/27/2004) |
| 12/30/2004 | 17 | STIPULATION AND PROPOSED ORDER *for Dismissal with Prejudice* by parties. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Dalal, Hetal) (Entered: 12/30/2004) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By S/Lisa Tardiff
Deputy Clerk