THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407 |
| This document relates to the following action: ***Medina, etc. v. Bayer Corporation, et al.***, MDL No. 01-CV-2093 | PETITION FOR SUGGESTION OF REMAND ORDER |

The below-signed counsel of record in the following case: *Patricia Ann Medina, as Trustee on behalf of the heirs of Victoria Trujillo, Decedent v. Bayer Corporation and Bayer Pharmaceutical Division*; MDL No. 01-CV-1868; hereby certifies to the Court in good faith that the described case has completed case-specific fact discovery[1], and that all other generic fact and expert discovery as to each Defendant is complete or timebarred, and otherwise is ripe for remand to its transferor court for further proceedings and disposition.

The below-signed counsel further certifies in good faith that the following information is accurate:

[1] Depositions to preserve testimony of treating physicians at trial have not yet been completed. Plaintiff reserves the right to take such trial depositions as they become necessary.

**Case Caption**: *Patricia Ann Medina, as Trustee on behalf of the heirs of Victoria Trujillo, Decedent v. Bayer Corporation and Bayer Pharmaceutical Division*; MN Court File No. 01-1868 JRT/FLN; MDL Civil Action No. 01-CV-2093

**Transferor Court**: United States District Court for the District of Minnesota

**Date of Original Filing**: October 11, 2001

**Date Docketed in MDL 1407**: January 3, 2002

**Date of Alleged Injury**: November 4, 1998

**Specific Type of Injury Claimed**: Death, as a result of a hemorrhagic stroke.

**Identity of All Defendants**: Bayer Corporation (and Bayer Pharmaceutical Division); the manufacturer of Alka Seltzer Plus

**Estimated Length of Trial**: Ten days.

DATED at this _7th_ day of June, 2004.

Respectfully Submitted,

_/s/ Ronald S. Goldser____________

Ronald S. Goldser - MN#35932
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844