**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

IN RE PHENYLPROPANOLAMINE (PPA)
PRODUCTS LIABILITY LITIGATION

MDL CASE NO: 01-CV-2093 (BJR)

This document relates to

PATRICIA ANN MEDINA, as Trustee on behalf of heirs of VICTORIA TRUJILLO, Decedent,

Plaintiff,

v.

BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION,

Defendants.

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

MDL DOCKET #1407

Considering the foregoing Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED, that this case is dismissed with prejudice and without further cost to either party.

Seattle, Washington, this ____ day of ________________________, 200___.

______________________________________

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE