THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION. | MDL Docket No. 1407 |
| This document relates to:<br><br>***Medina, etc. v. Bayer Corporation***; MDL File No. 01-cv-2093 | **ELECTION REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

The parties hereby agree to mediate the above-referenced matter.

Dated this 13 of September, 2004.

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
***Attorney for Plaintiff***

Dated this 14 of September, 2004.

James M. Doran Jr. w/ permission by [illegible]

James M. Doran, Jr.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
P.O. Box198966
Nashville, TN 37218-8966
Telephone: 615.244.6380
Facsimile: 615.244.6804
***Attorney for Defendant***