**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

MDL CASE NO: 01-CV-2093 (BJR)

This document relates to

PATRICIA ANN MEDINA, as Trustee on behalf of heirs of VICTORIA TRUJILLO, Decedent,

Plaintiff,

v.

BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

MDL DOCKET #1407

IT IS HEREBY stipulated and agreed by and between the parties Patricia Ann Medina as Trustee on behalf of heirs of Victoria Trujillo, Decedent, Plaintiff, and Bayer Corporation and Bayer Pharmaceutical Division, Defendants, through the signature of their attorneys-of-record, that the Plaintiff's Complaint and any and all claims and counterclaims which were or should have been asserted by and between these parties, against one and another, are dismissed with prejudice and without further cost to either party.

Dated: December 29, 2004

s/Hetal Dalal

Ronn B. Kreps (151142)
Mary P. Fritz (0185309)
Hetal Dalal (310190)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2112
(612) 321-2800

Attorneys for Defendants BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION

Dated: December 29, 2004

s/Ronald S. Goldser

Ronald S. Goldser, Esq. (35932)
Timothy Becker, Esq. (256663)
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
(612) 341-0400

Attorneys for Plaintiff PATRICIA ANN MEDINA, AS TRUSTEE ON BEHALF OF HEIRS OF VICTORIA TRUJILLO, DECEDENT