**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

IN RE PHENYLPROPANOLAMINE (PPA)
PRODUCTS LIABILITY LITIGATION

MDL CASE NO: 01-CV-2093 (BJR)

This document relates to

PATRICIA ANN MEDINA, as Trustee on behalf of heirs of VICTORIA TRUJILLO, Decedent,

Plaintiff,

v.

BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION,

Defendants.

**CERTIFICATE OF FILING/SERVICE**

MDL DOCKET #1407

I hereby certify that on the **30th day of December, 2004**, I electronically filed the following document with the clerk of court by using the CM/ECF System:

**Stipulation for Dismissal with Prejudice**

A copy of the above-titled document was served upon the following, electronically via the CM/ECF System:

Ronald S. Goldser, Esq..
Timothy Becker, Esq.
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402

DATED: December 30, 2004.

s/Hetal Dalal____________________
Hetal Dalal (310190)