FILED ENTERED
LODGED RECEIVED
NOV - 2 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,

MDL No. 1407

ORDER RE: INITIAL CONFERENCE

INITIAL CONFERENCE

The court hereby schedules an initial conference in the phenylpropanolamine multi-district litigation for 10:30 a.m. Friday, November 16, 2001.

In preparation for that conference, counsel for each side shall coordinate and cooperate as much as possible in drafting for the court proposed language defining the role and establishing the responsibilities, compensation procedures, and selection criteria, of the following:

1. Lead Counsel;

2. Administrative Liaison Counsel;

3. Steering Committees (including, inter alia, any and all appropriate subjects to be covered by a committee, oper-



9

AO 72
(Rev. 8/82)

ating procedures, the number of members to be assigned to each), including some or all of the following;

a. Discovery Coordination

b. Motions to Dismiss, including Jurisdiction and Class Certification

c. Expert Witness/Daubert Hearing

d. Federal/State Courts Coordination

e. Settlement Procedures

f. Trial Preparation

4. Any other role for designated counsel, either substantive or administrative, that the parties agree the court should consider.

Submissions on the above-mentioned shall be filed with the court no later than November 14, 2001.

Counsel wishing to be selected to participate in any of the above roles shall also so notify the court by that time, and shall submit a curriculum vitae, including cases which he or she has litigated and the judges before whom he or she has appeared in multi-district or other complex litigation capacity.

At the November 16, 2001 conference, the court shall address the submissions regarding designated counsel and, if possible, establish the roles of lead and liaison counsel and the committees. Selection of counsel to participate in those roles may or

/ / /



AO 72
(Rev. 8/82)

may not be made at that time. The court does not expect, and will not entertain, oral argument on counsel selection at the conference.

DATED at Seattle, Washington this 1st day of November, 2001.

Barbara J. Rothstein

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE