FILED ENTERED
LODGED RECEIVED

11/21/01

NOV 20 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407<br><br>ORDER APPOINTING LEAD AND LIAISON COUNSEL |

The court has reviewed the submissions of counsel regarding applications for appointment as lead counsel. Having considered the qualifications therefor, the court makes the following appointments:

- Lead counsel for plaintiffs: Arthur Sherman and Richard Lewis;
- Lead counsel for defendants: Randolph Sherman and Terry Tottenham;
- Liaison counsel for plaintiffs: Lance Palmer; and
- Liaison counsel for defendants: Joseph Hurson and Douglas Hofmann.

DATED at Seattle, Washington this 19th day of November, 2001.

Barbara J Rothstein

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Cc: JR, BJR



AO 72
(Rev 8/82)

30