THE HONORABLE JUDGE BARBARA J. ROTHSTEIN

MD 01-1407 #35

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to all actions | MDL Docket No. 1407<br><br>PLAINTIFFS' LEAD COUNSELS' STATUS REPORT NO. 1 (Assignments of Steering and Subcommittees, Overview of PPA Litigation, Description of Generic Issues in Litigation) |

**INTRODUCTION**

By order dated November 19, 2001, this Honorable Court appointed the undersigned as Co-Lead Counsel for the Plaintiffs in MDL 1407. By its Minutes of Initial Conference and Order Regarding Case Management Order and Conference also dated November 19, 2001, the Court ordered that Lead Counsel submit to the Court on or before November 30, 2001 the following information and proposals:

a. A list of pending state cases with identifying information, any scheduling orders existing in any state case, and any motions pending therein; and

35



ORIGINAL

LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

b. Proposed Slates of Counsel for Various Committees

With regard to the information requested summarized in paragraph (a), above, Plaintiffs' Lead Counsel are not in a position to provide a complete listing of all state cases, knowledge of which would only be gained by polling all attorneys in all states regarding any PPA cases they have filed. Defendants, however, did indicate to the Court during the Initial Conference that they would be able to provide the information requested. Under the circumstances, plaintiffs will defer to defendants to provide the listing requested, and supplement same should Plaintiffs' Lead Counsel learn of any further information or error in the information provided.

Plaintiffs' Lead Counsels' proposed slates of counsel for various committees are set forth below.

## I. PROPOSED ASSIGNMENTS TO PLAINTIFFS' STEERING, DISCOVERY AND CLASS ACTION COMMITTEES

### A. Introduction

The Plaintiffs' management committees shall be comprised of Co-Lead Counsel (the undersigned), Liaison Counsel (attorney Lance Palmer of the Levinson Friedman firm in Seattle, Washington), a Steering Committee of twelve (12) members, a Discovery Committee and a Class Action Committee. The general roles of the first two Committees are described in our previous submissions to the Court, notably our *Memorandum In Support Of Proposed Language Ordered By The Court In Its November 1, 2001 "Order Re: Initial Conference"*, including the proposed Case Management Order attached thereto.



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVEUNUE, SUITE 1800
SEATTLE, WA 98104-1845

The undersigned have reviewed requests from many plaintiff lawyers seeking positions on these committees received since the plaintiffs' organizational meeting on November 12, 2001. The undersigned, and others with whom we have consulted and hope to work during the course of this litigation, are aware of the qualifications, work ethic, and past performance of numerous attorneys in this and previous pharmaceutical mass torts.

In proposing the following committees we have sought to accomplish two goals:

a) to include those who have spent more than a year engaging themselves in this PPA litigation and who have been responsible for much of the work completed to date, and b) to form committees with the requisite experience, collegiality, professionalism, and proven cooperative spirit to serve all plaintiffs in this MDL.[1] Clearly, the number and identities of the members of these various committees may change over the course of this litigation. But, at this point it is our considered view that the attorneys and committees proposed represent an outstanding structure and composition that will best serve plaintiffs and the efficient progress of this MDL.[2]

---

[1] We assume and trust that all attorneys proposed and approved by the Court for membership will refrain from any conduct or statement which may be construed as binding on Plaintiffs' Lead Counsel or Liaison Counsel, or plaintiffs in this MDL, unless acting pursuant to the express direction of Plaintiffs' Lead Counsel or their designee(s).

[2] Resumes of a number of the attorneys proposed herein have already been provided to the Court with prior submittals from the undersigned. Resumes of all others proposed herein will be promptly provided to the Court upon request.



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

**B. Plaintiffs' Steering Committee**

After review and consideration of all requests, the following persons are proposed as members of the Plaintiffs' Steering Committee ("PSC"):

Michael Fishbein, Esq.
*Levin, Fishbein, Sedran & Berman*
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Ramon Rossi Lopez, Esq.
*Lopez Hodes, Restaino, Milman, Skikos & Polos*
450 Newport Center Drive - 2nd Floor
Newport Beach, CA 92660

Alex H. MacDonald, Esq.
*Robinson & Cole LLP*
One Boston Place – 25th Floor
Boston, MA 02108

Stephen Murray, Esq.
*Murray Law Firm*
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000

J. Michael Papantonio, Esq.
*Levin, Papantonio, Middlebrooks, Thomas, Mitchell, Green, Echsner & Proctor*
316 South Baylen Street
Pensacola, FL 32501

Michelle Parfitt
*Herman, Mathis, Casey, Kitchens & Gerel*
2000 L. Street, NW
Suite 400
Washington, DC 20036

Robert E. Piper, Jr., Esq.
*Piper & Associates*
624 Pierre Ave
Shreveport, LA 71103



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

Mark P. Robinson, Jr., Esq.
*Robinson Calcagnie & Robinson*
620 Newport Center Drive – 7th Floor
Newport Beach, CA 92660

Thomas D. Rogers, III, Esq.
*Ness, Motley, Loadholt, Richardson & Poole*
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Christopher A. Seeger, Esq.
*Seeger Weiss*
One William Street
New York, NY 10004

Michael Williams, Esq.
*Williams, Dailey, O'Leary, Craine & Love*
1001 Southwest Fifth Avenue
Suite 1900
Portland, OR 97204-1135

Bob F. Wright, Esq.
*Domengeaux, Wright, Roy & Edwards*
556 Jefferson Street
Lafayette, LA 70502-3668

**C. Plaintiffs' Discovery Committee**

After review and consideration of all requests, the following persons are proposed as Chairs and Members of the Plaintiffs' Discovery Committee:

Co-Chairs:

H. B. "Ted" Carey
*Robinson & Cole LLP*
One Boston Place – 25th Floor
Boston, MA 02108

Michael Fishbein
*Levin, Fishbein, Sedran & Berman*
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVEUNUE, SUITE 1800
SEATTLE, WA 98104-1845

David Suggs
*Lopez Hodes, Restaino, Milman, Skikos & Polos*
27995 Boulder Circle
Shorewood, MN 55331

<u>Members</u>:

Phil Bohrer
*Bohrer Law Firm*
8706 Jefferson Highway #A
Baton Rouge, LA 70809

David Buchanan
*Seeger Weiss*
One William Street
New York, NY 10004

Leonard Davis
*Herman, Mathis, Casey, Kitchens & Gerel*
820 O'Keefe Avenue
New Orleans, LA 70113

Ernest Cory
*Cory, Watson, Crowder & Degaris*
2131 Magnolia Avenue
2nd Floor
Birmingham, AL 35205-2808

Kim Evers
*Levin, Papantonio, Middlebrooks, Thomas, Mitchell, Green, Echsner & Proctor*
316 South Baylen Street
Pensacola, FL 32501

Laura Gianni
*Sherman, Salkow, Petoyan & Weber*
11601 Wilshire Blvd, Suite 675
Los Angeles, CA 90025-1742

Regina Lapolla
*Milberg Weiss, Bershad, Hynes & Lerach*
One Pennsylvania Place
New York, NY 10119



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

Ronald Meneo
*Early, Ludwick & Sweeney*
One Century Tower, 11th Floor
265 Church Street
New Haven, CT 06508-1866

Leslie O'Leary
*Williams, Dailey, O'Leary, Craine & Love*
1001 Southwest Fifth Avenue
Suite 1900
Portland, OR 97204-1135

Gale Pearson
1012 Grain Exchange Bldg
400 S. 4th Street
Minneapolis, MN 55415

Tom Rogers
*Ness, Motley, Loadholt, Richardson & Poole*
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Christopher Tisi
*Ashcraft & Gerel*
2000 L. Street, NW
Suite 400
Washington, DC 20036

**D. Plaintiffs Class Action Committee**

**1. Purpose.** The Plaintiffs' Class Action Committee would be responsible for directing, with the advise and consent of the Plaintiffs Steering Committee, any discovery and other procedures related solely and exclusively to any class claims transferred to this MDL 1407.

**2. Membership.** After review and consideration of all requests, the following persons are proposed as Chairs and Members of the Plaintiffs' Class Action Committee:



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

Chairman: Richard S. Lewis
*Cohen, Milstein, Hausfield & Toll*
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005

Members: Daniel E. Becnel, Jr.
*Law Offices of Daniel E. Becnel, Jr.*
106 West 7th Street
Reserve, LA 70084-0508

Keith M. Fleischman
*Milberg, Weiss, Bershad, Hynes & Lerach*
One Pennsylvania Place
New York, NY 10119

Beth J. Kushner
*Von Briesen, Purtell & Raper*
735 North Water Street
Milwaukee, WI 53202-4100

Tina B. Nieves
*Gancedo & Nieves*
119 E. Union Street
Suite G
Pasadena, CA 91103

Louis Ricciardi
*Rodriguez & Richards*
226 West Rittenhouse Square
Philadelphia, PA 19103

## II. PLAINTIFFS' COMMITTEE OF THE WHOLE

Plaintiffs believe there will be a pressing need for skilled, experienced counsel to aid in preparing plaintiffs' cases against each and every defendant in this MDL 1407. Lead Counsel fully anticipate that they, through Plaintiffs' Discovery Committee, will be reaching out to other plaintiff counsel for help during the course of this litigation. Yet,



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVEUNUE, SUITE 1800
SEATTLE, WA 98104-1845

placing all such individuals on any of the Committees set forth above will only detract from the ability of the Committees to operate efficiently, professionally and cohesively.

Hence, we propose that a Plaintiffs' Committee of the Whole be formed to be constituted by those plaintiff's attorneys who indicate an interest in dedicating their time and energy to preparing plaintiffs' case under the direction of Lead Counsel or their designated Committees. Beginning at the November 12, 2001 organizational meeting, and at various times thereafter, Lead Counsel have received the names of numerous attorneys who would like to work in preparing plaintiffs' case in this MDL. The establishment of this Committee will establish a reservoir of willing and able talent to prosecute plaintiffs' claims in this Litigation and accommodate those counsel who are willing and eager to work in this MDL.

## III. JOINT COMMITTEES AND PROPOSED COMMITTEE MEMBERS

Plaintiffs have discussed the need for various joint committees with defendants, and have agreed that a Joint Science Committee and a Joint Federal/State Coordination Committee should be formed for the purposes set forth in the parties' *Joint Submission Regarding Joint Committees*, filed as of the date hereof.

### A. Joint Federal/State Coordination Committee

Pursuant to discussions and agreement with Defendants' Lead Counsel, plaintiffs feel that it would be appropriate and potentially useful that a Joint Federal/State Committee be formed for the purposes set forth in the parties' *Joint Submission Regarding Joint Committees*, filed as of the date hereof.

1. **Membership.** The following are proposed as plaintiffs' members of The Federal/State Coordination Committee:



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

Plaintiffs' Co-Chairs

Arnold Levin
*Levin, Fishbein, Sedran & Berman*
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Mark Robinson
*Robinson Calcagnie & Robinson*
620 Newport Center Drive – 7th Floor
Newport Beach, CA 92660

Plaintiffs' Members

Richard J. Arsenault
*Neblett, Beard & Arsenault*
2220 Bonaventure Court
Alexandria, LA 71301

James B. Early
*Early, Ludwick & Sweeney*
One Century Tower, 11th Floor
265 Church Street
New Haven, CT 06508-1866

Roe T. Frazer, II
*Frazer Davidson*
500 E. Capitol Street
Jackson, MS 39201

Ramon Rossi Lopez
*Lopez Hodes, Restaino, Milman, Skikos & Polos*
450 Newport Center Drive - 2nd Floor
Newport Beach, CA 92660

Stephen Murray
*Murray Law Firm*
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

J. Michael Papantonio
*Levin, Papantonio, Middlebrooks, Thomas, Mitchell, Green, Echsner & Proctor*
316 South Baylen Street
Pensacola, FL 32501

Ellen Relkin
*Weitz & Luxemburg*
180 Maiden Lane
New York, NY 10038-4925

David Terry
*Law Offices of Vic Terry*
12221 Merit Drive
Suite 1650
Dallas, TX 75251-2251

Joe R. Whatley, Jr.
*Whatley Drake*
1100 Financial Center
Birmingham, AL 35203-4601

Charles Zimmerman
*Zimmerman Reed*
901 N. Third Street
Suite 100
Minneapolis, MN 55401-1016

**B. Joint Science Committee**

Pursuant to discussions and agreement with Defendants' Lead Counsel, plaintiffs feel that it would be appropriate and potentially useful that a Joint Science Committee be formed for the purposes set forth in the parties' *Joint Submission Regarding Joint Committees*, filed as of the date hereof.

**1. Proposed Members**

The following are proposed as plaintiffs' members of the Joint Science/Expert Committee:

H. B. ("Ted") Carey
*Robinson & Cole LLP*
One Boston Place – 25th Floor
Boston, MA 02108

Michael Fishbein
*Levin, Fishbein, Sedran & Berman*
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Alex MacDonald
*Robinson & Cole LLP*
One Boston Place – 25th Floor
Boston, MA 02108

James Green
*Herman, Mathis, Casey,*
*Kitchens & Gerel*
2000 L. Street, NW
Suite 400
Washington, DC 20036

John Restaino
*Lopez Hodes, Restaino, Milman,*
*Skikos & Polos*
450 Newport Center Drive - 2nd Floor
Newport Beach, CA 92660

David Suggs
*Lopez Hodes, Restaino, Milman,*
*Skikos & Polos*
27995 Boulder Circle
Shorewood, MN 55331

Mike Williams
*Williams, Dailey, O'Leary, Craine & Love*
1001 Southwest Fifth Avenue
Suite 1900
Portland, OR 97204-1135

**C. Other Joint Committees**

The parties have discussed the formation and constituency of a Joint Discovery Committee (which would include resolution of technology issues as one of its obligations) and a Joint Pleadings Committee. With respect to the latter, the parties have agreed that doing so at this stage would be premature pending discussions and hopefully agreement regarding the scope and content of a proposed Case Management Order No. 1 which, in all likelihood, will address many of the issues that would potentially be explored by that possible committee.

With respect to defendants' proposal for a Joint Discovery Committee, plaintiffs simply do not agree that such a committee, particularly as constituted and laden with the caveats insisted upon by some defendants, would be either workable or of any assistance in the efficient and speedy progress of discovery in this litigation.[3] Plaintiffs did make a different proposal for a Joint Discovery Committee that would avoid the obvious operational difficulties found in defendants' proposal. Plaintiffs will submit a written opposition to defendants' proposal after having had a chance to digest the particulars of the proposal actually made to the Court.

During the course of the litigation, where it appears that any further joint committee would promote both efficiency and cooperation, plaintiffs will consult with defendants to determine if an agreement can be reached on same, and will propose the formation and membership of any such further committees to the Court.

[3] Defendants' proposal includes the suggestion that the Joint Discovery Committee be responsible for technology issues. Plaintiffs have suggested, and would be willing, to establish a Joint Technology Committee should a Joint Discovery Committee, at least as proposed by defendants, prove to be premature or inappropriate.



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

Respectfully Submitted,

Levinson Friedman, P.S.

Lance E. Palmer, Esq.
WSBA #18141
**Plaintiffs' Liaison Counsel**

Signed and submitted on behalf of, and approval of, the individuals listed below

Arthur Sherman, Esq.
*Sherman, Salkow, Petoyan & Weber*
11601 Wilshire Blvd, Suite 675
Los Angeles, CA 90025-1742
**Plaintiffs' Co-Lead Counsel**

Richard Lewis, Esq.
*Cohen, Milstein, Hausfield & Toll*
1100 New York Avenue, NW
Suite 500
Washington, D.C. 20005
**Plaintiffs' Co-Lead Counsel**



LEVINSON FRIEDMAN
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845

THE HONORABLE JUDGE BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407<br>CERTIFICATE OF SERVICE |

I, Kaj Trapp, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct.

I am a citizen of the United States and a resident of King County, Washington. I am over the age of 18 years and am not a party to the within cause. My business mailing address is that of Levinson Friedman, P.S., Pacific Building, 720 Third Avenue, Suite 1800, Seattle, WA 98104.

On November 30th, 2001, I caused true and correct copies of the following documents:



ORIGINAL

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624 8844
fax (206) 624-2912

1. PLAINTIFFS' LEAD COUNSEL'S STATUS REPORT NO. 1 (Assignments of Steering and Subcommittees, Overview of PPA Litigation, Description of Generic Issues in Litigation).
2. JOINT SUBMISSION REGARDING JOINT COMMITTEES

to be served by electronic-mail upon the following parties:

**See Exhibit A**

to be served by facsimile to:

Matthew Stein
NUTT, MAYER & STEIN
Louisville, KY
(502) 589-8891

J. Michael Papantonio
Levin, Papantonio, Middlebrooks, Thomas, Mitchell, Green, Echsner & Proctor
Pensacola, FL
(850) 436-6130

to be served by postage pre-paid to:

John L Coble
P.O. Drawer 2088
Wilmington, DE 28402

And to be served by hand delivery upon the following counsels of record:

Joseph D Hurson
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Ave, Suite 4100
Seattle, WA 98101-2338

Executed on November 30, 2001, at Seattle, Washington.

Kaj Trapp



LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

| First | Middle | Last | Firm | City | State | E-mail |
|---|---|---|---|---|---|---|
| Janet | | Abaray | Lopez, Hodes, Restaino, Milman, Skikos, & Polos | Newport Beach | CA | jabaray@lopez-hodes.com |
| Roy | F | Amedee | Attorneys at Law | LaPlace | LA | ramedeejr@aol.com |
| Stephen | D | Annand | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | sannand@cmht.com |
| David | | Arbogast | Sheller, Ludwig & Baddy | Philadelphia | PA | david_arbogast@hotmail.com |
| Nancy | | Armstrong | Law Offices of William Guy | McComb | MS | info@armstrongguy.com |
| Richard | J | Arsenault | Neblett, Beard, & Arsenault | Alexandria | LA | rarsenault@nbalawfirm.com |
| Alexander | E | Barnett | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | abarnett@cmht.com |
| George | E | Barrett | Barrett, Johnston, & Parsley | Nashville | TN | gbarrett@barrettjohnston.com |
| Timothy | J | Becker | Zimmerman Reed | Minneapolis | MN | tjb@zimmreed.com |
| Daniel | E | Becnel | Law Office of Daniel E. Becnel J | Reserve | LA | dbecnel@gulfsouth.verio.com |
| Marvin | B | Berke | Berke, Berke & Berke | Chattanooga | TN | marvin_berke@berkeattys.com |
| Brian | N | Bishop | Watts & Watts | Oklahoma City | OK | bbishopesq@aol.com |
| Donna | Ward | Black | Ramsey Law Firm | Mobile | AL | dwblack@ramseylawfirm.com |
| Phillips | | Bohrer | Bohrer Law Firm, L.L.C. | Baton Rouge | LA | phil@bohrerlaw.com |
| Robert | J | Bonsignore | Bonsignore & Brewer | Medford | MA | rbonsignore@aol.com |
| Mike | | Bradley | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | mikeb@pittmanhooks.com |
| Scott | | Brady | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | sbrady@mckernanlawfirm.com |
| Christine | | Brandt | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | cbrandt@cwcd.com |
| Vivian | Vines | Campbell | Whatley Drake, L.L.C. | Birmingham | AL | vcampbell@whatleydrake.com |
| Ted | | Carey | Robinson & Cole L.L.P. | Boston | MA | tcarey@bost.rc.com |
| Edmund | | Carey | Barrett, Johnston, & Parsley | Nashville | TN | tcarey@barrettjohnston.com |
| David | S | Casey | Casey, Gerry, Reed, & Schenk L.L.P. | San Diego | CA | dcasey@cglaw.com |
| Bryan | | Cigelske | Taylor Martino & Hedge | Mobile | AL | Bryan@jtmlaw.com |
| Jay | P | Cone | Ness, Motley,Loadholt, Richardson, & Poole, P.A. | Mount Pleasant | SC | JCone@nmlrp.com |
| Ernest | | Cory | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | ECory@cwcd.com |
| Mark | T | Coulter | Peirce, Raimond, and Coulter | Pittsburgh | PA | mcoulter@peircelaw.com |
| Donald | | Cravins | Domengeaux Wright Roy Edwards | Lafayette | LA | donaldc@wrightroy.com |
| Gordon | R | Crawford | Gordon R. Crawford & Associates | Gonzales | LA | gcrawford@attorneycrawford.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rebecca | | Cunard | Rebecca Cunard | Baton Rouge | LA | cunard@gs.verio.net |
| Annesley | H | Degaris | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | adegaris@cwcd.com |
| Terry | L | Dempsey | Lowery & Dempsey | Russellville | AL | TDemp20078@aol.com |
| Robert | | Diliberto | Murray Law Firm | New Orleans | LA | rdiliberto@murray-lawfirm.com |
| Tamara | J | Driscoll | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Seattle | WA | tdriscoll@cmht.com |
| James | | Duggan | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | james@gauthier-downing.com |
| Walter | C | Dumas | Dumas & Associates Law Corporation | Baton Rouge | LA | wdumas1@bellsouth.net |
| Tom | | Dutton | Pittman, Hooks, Dutton & Hollis | Birmingham | AL | tomd@pittmanhooks.com |
| Marc | | Edelson | Hoffman & Edelson | Doylestown | PA | hofedlaw@aol.com |
| Margaret | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandepasms@aol.com |
| Jeffery | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | jellis@kandelaw.com |
| Kim | | Evers | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | kevers@levinlaw.com |
| Calvin | C | Fayard | Fayard & Honeycutt, A.P.C. | Denham Springs | LA | calvinfayard@fayardlaw.com |
| Michael | | Fishbein | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mfishbein@msn.com |
| Keith | | Fleishman | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | kf@mwbhlny.com |
| Daniel | S | Foley | Baker, Boudreaux, Lamy, & Foley | New Orleans | LA | dfoley@lamyfoley.com |
| Brenda | | Ford-Jones | Piper & Associates | Shreveport | LA | piper@mnss.com |
| Leigh | King | Forstman | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | leighf@pittmanhooks.com |
| Christina | Lopez | Fountain | Lopez, Hodes, Restaino, Milman, Skikos, & Polos | Newport Beach | CA | clopez-fountain@lopez-hodes.com |
| Hector | G | Gancedo | Gancedo & Nieves L.L.P. | Pasadena | CA | hgancedo@gancedonieves.com |
| Wendell | | Gauthier | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | wendell@gauthier-downing.com |
| Ronald | S | Goldser | Zimmerman Reed | Minneapolis | MN | rsg@zimmreed.com |
| James | D | Gotz | Robinson & Cole L.L.P. | Boston | MA | jgotz@bost.rc.com |
| Jim | | Green | Ashcraft & Gerel | Washington | DC | jgreen@alx.ashcraftlaw.com |
| William | | Guy | Law Offices of William Guy | McComb | MS | guylsu@telepak.net |

| | | | | | | |
|---|---|---|---|---|---|---|
| H. | Blair | Hahn | Ness, Motley,Loadholt, Richardson, & Poole, P.A. | Mount Pleasant | SC | bhahn@nmlrp.com |
| Molly | McGinley | Han | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | mmcginley@cmht.com |
| W. | Todd | Harvey | Whatley Drake, L.L.C. | Birmingham | AL | tharvey@whatleydrake.com |
| James | A | Hatch | Attorneys at Law | LaPlace | LA | jahmmb@yahoo.com |
| Molly | | Hegarty | Von Briesen, Purtell & Roper | Milwaukee | WI | mhegarty@vonbriesen.com |
| Russ | M | Herman | Herman, Herman, Katz & Cotlar L.L.P. | New Orleans | LA | rherman@hhkc.com |
| Andrew | J | Home | Oldfather & Morris | Louisville | KY | ajh@omky.com |
| Richard | | Hunnicutt | Wayne Wright, LLP | San Antonio | TX | rhunnicutt@waynewright.com |
| Douglas | | Johnston | Barrett, Johnston, & Parsley | Nashville | TN | djohnston@barrettjohnston.com |
| Joshua | | Katz | Lanahan & Reilley L.L.P. | Santa Rosa | CA | jkatz@lanahan.com |
| Keenan | | Kelly | Kelly Townsend & Thomas | Natchitoches | LA | kkelly@cp-tel.net |
| James | M | Kenna | Gancedo & Nieves L.L.P. | Pasadena | CA | jkenna@gancedonieves.com |
| Damon | | Kirin | Murray Law Firm | New Orleans | LA | dkirin@murray-lawfirm.com |
| Dana | | Kirk | Kirk Law Firm | Houston | TX | kirklawfirm@aol.com |
| James | W | Kitchens | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandejaxon@aol.com |
| Beth | J | Kushner | Von Briesen, Purtell & Roper | Milwaukee | WI | bkushner@vonbriesen.com |
| Erin | Sweeny | Larkin | Robinson & Cole L.L.P. | Boston | MA | elarkin@bost.rc.com |
| Arnold | | Levin | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | alevin@lfsblaw.com |
| Richard | S | Lewis | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | rlewis@cmht.com |
| Kathy | | Limbaugh | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | KathyL@pittmanhooks.com |
| Ramon | Rossi | Lopez | Lopez, Hodes, Restaino, Milman, Skikos, & Polos | Newport Beach | CA | rlopez@lopez-hodes.com |
| Gail | M | Lundgren | Bernard, Lundgren & Associates, PLLC | Seattle | WA | Gail@bernardlundgren.com |
| Alex | | MacDonald | Robinson & Cole L.L.P. | Boston | MA | amacdonald@bost.rc.com |
| Dennis | | Mackin | Dennis Mackin | Tucker | GA | dsmlaw@mindspring.com |
| John | Paul | Massiot | Silvestri & Massiot | New Orleans | LA | jpm@silmas.com |
| David | P | Matthews | Abraham, Watkins, Nichols, Sorrels, et al. | Houston | TX | david_matthews@abrahamwatkins.com |
| Jerry | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | jemckernan@mckernanlawfirm.com |
| Gordan | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | gmckernan@mckernanlawfirm.com |
| David | G | Meany | Law Offices of White & Meany | Reno | NV | dmeany@whiteandmeany.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ron | Michael | Meneo | Early, Ludwick, Sweeney & Strauss | New Haven | CT | rmichael@elslaw.com |
| Donna | Siegel | Moffa | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | donna@rr-law.com |
| Douglas | H | Morris | Oldfather & Morris | Louisville | KY | dhm@omky.com |
| H. | Price | Mounger | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | price@gauthier-downing.com |
| Stephen | | Murray | Murray Law Firm | New Orleans | LA | smurray@murray-lawfirm.com |
| Dianne | M | Nast | Roda & Nast, PC | Lancaster | PA | rodanast@rodanast.com |
| Heather | | Neulight | Greitzer and Locks | Philadelphia | PA | hneulight@greitzerlocks.com |
| Tina | B | Nieves | Gancedo & Nieves L.L.P. | Pasadena | CA | tnieves@gancedonieves.com |
| Leslie | | O'Leary | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | loleary@wdolaw.com |
| Beverly | | Pace | Lopez, Hodes, Restaino, Milman, Skikos, & Polos | Newport Beach | CA | bpace@lopez-hodes.com |
| Michelle | | Parfitt | Ashcraft & Gerel | Washington | DC | mparfitt@dc.ashcraftlaw.com |
| Gale | D | Pearson | Gale D. Pearson & Associates P.A. | Minneapolis | MN | attorneys@outtech.com |
| Ronnie | G | Penton | Law Offices of Ronnie G. Penton | Bogalusa | LA | rgp@rgplaw.com |
| Robert | E | Piper | Piper & Associates | Shreveport | LA | piper@mnss.com |
| Gregg | | Price | Gregg Price | Sulphur Springs | TX | pricelawgregg@1starnet.com |
| Robert | | Ramsey | Ramsey Law Firm | Mobile | AL | rsramsey@ramseylawfirm.com |
| Stephen | J | Randall | Randall and Shumaker | Minneapolis | MN | attorneys@outtech.com |
| Paul | D | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | prheingold@rheingoldlaw.com |
| David | B | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | drheingold@rheingoldlaw.com |
| Louis | C | Ricciardi | Rodriguez & Richards, L.L.C. | Philadelphia | PA | louis@rr-law.com |
| Mark | P. | Robinson | Robinson Calcagnie & Robinson | Newport Beach | CA | mrobinson@robinson-pilaw.com |
| Jordan | A | Rodman | Lanahan & Reilley L.L.P. | Santa Rosa | CA | jrodman@lanahan.com |
| Lisa | J | Rodriguez | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | lisa@rr-law.com |
| Thomas | D | Rogers | Ness, Motley,Loadholt, Richardson, & Poole, P.A. | Mount Pleasant | SC | trogers@nmlrp.com |
| Steven | | Rotman | Robinson & Cole L.L.P. | Boston | MA | srotman@bost.rc.com |
| Kevin | W | Ryan | Michie, Hamlett, Lowry, Rasmussen, & Tweel, P.C. | Charlottesville | VA | kryan@mhlrt.com |
| Chris | | Seeger | Seeger & Weiss L.L.P. | Newark | NJ | cseeger@seegerweiss.com |
| Arthur | | Sherman | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | asherman@shermanonlaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Judy | | Shopp | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | jshopp@lfsblaw.com |
| Frank | A | Silvestri | Silvestri & Massiot | New Orleans | LA | fas@silmas.com |
| Anthony | | Simon | Danks, Simon & Teewissen | Jackson | MS | arsfr2000@aol.com |
| W. | James | Singleton | A Professional Law Corp. | Shreveport | MS | singlaw@shreve.net |
| Steven | | Skikos | Lopez, Hodes, Restaino, Milman, Skikos, & Polos | Newport Beach | CA | sskikos@lopez-hodes.com |
| C. | E | Sorey | Ramsey Law Firm | Mobile | AL | cesorey@ramseylawfirm.com |
| Barry | L | Steelman | Barry L. Steelman, P.A. | Baltimore | MD | bls@steelmanlaw.com |
| John | Hunter | Stevens | Grenfell, Sledge & Stevens PLLC | Jackson | MS | jstevens91@aol.com |
| David | | Suggs | Lopez, Hodes, Restaino, Milman, Skikos, & Polos | Newport Beach | CA | dsuggs@attglobal.net |
| Lynn | E | Swanson | Law Office of Daniel E. Becnel J | Reserve | LA | leswans@rtconline.com |
| Chris | | Tisi | Ashcraft & Gerel | Washington | DC | cvtisi@aol.com |
| Dianne | G | Vervaeke | Domengeaux Wright Roy Edwards | Lafayette | PA | dianev@wrightroy.com |
| S. | Micholle | Walker | Silvestri & Massiot | New Orleans | LA | mw@silmas.com |
| Elizabeth | | Wall | Seeger & Weiss L.L.P. | Newark | NJ | ewall@seegerweiss.com |
| Leila | H | Watson | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | lwatson@cwcd.com |
| Phillip | O | Watts | Watts & Watts | Oklahoma City | OK | wattslawoffice@aol.com |
| Joe | | Whatley | Whatley Drake, L.L.C. | Birmingham | AL | jwhatley@whatleydrake.com |
| Stewart | J | White | Law Offices of White & Meany | Reno | NV | jswhite@whiteandmeany.com |
| Mike | | Williams | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | mwilliams@wdolaw.com |
| Bob | F. | Wright | Domengeaux, Wright, Roy & Edwards | Lafayette | LA | bobw@wrightroy.com |
| Sortirios | B | Yanakakis | Ashcraft & Gerel | Washington | DC | syanakakis@dc.ashcraftlaw.com |
| Charles | S | Zimmerman | Zimmerman Reed | Minneapolis | MN | csz@zimmreed.com |