1-18-02

✓ FILED
LODGED
✓ ENTERED
RECEIVED

JAN 17 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407<br><br>ORDER APPOINTING MEMBERS TO PLAINTIFFS' AND JOINT COMMITTEES |

C to Counsel & BJR

The court hereby approves and appoints the committee slates as proposed by plaintiffs in their November 30, 2001 Plaintiffs' Lead Counsels' Status Report No. 1, (docket no. 35), with the additional appointment of Dana Kirk to Plaintiffs' Steering Committee. The court also approves and appoints members to the Joint State/Federal Coordination Committee and the Joint Science Committee as proposed in that report and in defendants' November 30, 2001 Manufacturer-Defendants' Submission Re Their Appointments to Joint Committees (docket no. 38).

DATED at Seattle, Washington this 17th day of January, 2002.

Barbara J. Rothstein

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE



AO 72
(Rev. 8/82)

149