FILED ENTERED
LODGED RECEIVED

MAR 22 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| This document relates to all actions | ORDER RE: EXPERT DISCOVERY SCHEDULE |

Having reviewed and considered the memoranda filed by both parties in support of their proposed expert discovery schedules, the court finds the following dates to afford an equitable apportionment of time between the parties to conduct expert discovery:

**EXPERT DISCOVERY SCHEDULE**

| | |
|---|---|
| Plaintiffs' Rule 26 disclosures on or before: | 10/01/02 |
| Defendants' Rule 26 disclosures on or before: | 1/03/03 |
| Depositions of Plaintiffs' experts complete by: | 12/02/02 |
| Depositions of Defendants' experts complete by: | 3/03/03 |
| Defendants' Daubert and other motions filed by: | 2/03/03 |
| Plaintiffs' Daubert and other motions filed by: | 4/30/03 |
| Oppositions to Defendants' motions filed by: | 3/05/03 |
| Oppositions to Plaintiffs' motions filed by: | 5/30/03 |



MD 01 01407 00000340

340

Reply briefs to Defendants' motions filed by: 3/20/03

Reply briefs to Plaintiffs' motions filed by: 6/16/03

Daubert hearings to be scheduled after: 6/16/03

The parties are hereby ORDERED to abide by the above expert discovery schedule.

DATED at Seattle, Washington this 21st day of March, 2002.

Barbara J. Rothstein

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

# U. S. District Court

## Western District of Washington

02 MAR 22 PM 1:16

Seattle: 206-553-1590 Tacoma: 253-593-6313

TO: D Joseph Hurson

FAX: 223-7107

SENT ON: 03/22/02 01:03 PM

RE Case No: 2:01-md-01407 Docket No: 00000340

PAGES: 3

I hereby certify that the attached document is a true and correct copy of the original on file in my office.

ATTEST: Bruce Rifkin, Clerk, U. S. District Court

If this fax is incomplete or cannot be delivered as addressed, please call Shirley Lindberg or Nealann Skari at 206-553-4170.