MD 01 01407 00000953

Hon. Barbara Jacobs Rothstein

FILED ENTERED
LODGED RECEIVED
SEP 04 2002
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

FILED ENTERED
LODGED RECEIVED
SEP 09 2002
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to all actions. | MDL 1407<br><br>STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES |

STIPULATION

COME NOW the parties hereto, and hereby stipulate to the following:

If, on or before October 15, 2002, a plaintiff's attorney adopts the expert disclosures submitted on October 1, 2002 by certain members of the Plaintiffs' Steering Committee in their individual capacities with respect to any issues of widespread applicability, including general causation, that plaintiff's attorney (and any attorneys who submitted expert disclosures on October 1, 2002) may nevertheless later designate different experts to testify on the same issue(s) at trial so long as:

1. The later-designated experts rely upon the same or substantially the same evidence, opinions and/or theories relied upon by the October 1, 2002 expert disclosures adopted by that plaintiff's attorney; and,



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

ORIGINAL

953

2. Such opinions, evidence and/or theories have not previously been determined by this Court to be scientifically unreliable or otherwise inadmissible.

Defendants nevertheless would have the right to challenge the admissibility of the testimony of such later-designated expert testimony on expert-specific grounds such as the lack of qualifications to render the opinions being proffered. Similarly, although defendants may jointly designate common experts on January 3, 2003, with respect to any issues of widespread applicability, including general causation, each defendant may nevertheless later designate different experts to testify on the same issue(s) at trial so long as:

1. The later-designated experts rely upon the same or substantially the same opinions, evidence and/or theories advanced by defendants' jointly-designated common experts; and,

2. The evidence, opinions and/or theories relied upon by those jointly-designated common experts have not previously been determined by this Court to be scientifically unreliable or otherwise inadmissible.

Plaintiffs nevertheless would have the right to challenge the admissibility of such later-designated expert testimony on expert-specific grounds such as the lack of qualifications to render the opinions being proffered.

SIGNED at Seattle, Washington this 3rd day of September, 2002.

| | |
|---|---|
| LEVINSON FRIEDMAN | WILLIAMS, KASTNER & GIBBS PLLC |
| By ____________________ | By ____________________ |
| Lance E. Palmer, WSBA # 18141 | Douglas A. Hofmann, WSBA # 06393 |
| Liaison Counsel for Plaintiffs | Co-Liaison Counsel for Defendants |



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

By ______________________
Douglas A. Hofmann, WSBA #06393

Co-Liaison Counsel for Defendants

APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED

LEVINSON FRIEDMAN

By ______________________
Lance E. Palmer, WSBA #18141

Liaison Counsel for Plaintiffs



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600