MD 01 01407 00001106

HONORABLE BARBARA J. ROTHSTEIN

10-23-02

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 3 2002

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

cc: counsel; RJR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to all actions. | MDL Docket No. 1407<br><br>**[Proposed]** CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002 |

By Case Management Order No. 6, Item VII, this Court (Rothstein, J.) ordered in pertinent part as follows:

> *Except as to cases where an extension of time has been permitted under Section III above: (a) case-specific discovery for cases transferred and docketed in this Court as of February 12, 2002 shall be completed no later than February 28, 2003; and (b) case-specific discovery for cases transferred and docketed in this Court after February 28, 2002 shall be completed no later than twelve (12) months after the date of docketing in this Court.*

By Order dated March 22, 2002 (as clarified and modified), the Court ordered plaintiffs to serve their Rule 26 reports for generic causation and liability



ORIGINAL

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1106

experts on October 1, 2002 (for Select MDL Plaintiffs) and October 15, 2002 (for all other MDL plaintiffs).

Neither the parties' representatives nor the Court has addressed the expert disclosure dates for cases docketed subsequent to the entry of the Court's March 22, 2002 expert scheduling order.

Therefore, it is hereby further **ORDERED** as follows:

1. The current October 15, 2002 Rule 26 deadline for plaintiffs (other than those who filed Rule 26 reports on October 1, 2002) applies only to plaintiffs with cases docketed as of March 22, 2002.

2. For each case docketed after March 22, 2002, the following expert discovery schedule applies:

   a. Plaintiffs' Rule 26 reports, and/or plaintiffs' notice of adoption of the Rule 26 expert reports filed on October 1, 2002 by certain MDL plaintiffs, shall be served no later than nine months after the date of docketing in this Court (in other words, three months prior to the close of fact discovery for the case); and

   b. Having already served their generic liability and causation Rule 26 reports under the Court's March 22 2002 order, Defendants shall serve responsive Rule 26 reports three months later, but only in the event that it is necessary to do so (i.e. where a new generic issue is raised for the first time, or for other sufficient reason). Otherwise, it is presumed that the generic liability and causation experts



LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

disclosed by defendants pursuant to the March 22 2002 scheduling order will continue to be utilized.

All other discovery pertaining to experts in cases docketed after March 22 2002 shall otherwise follow the timing set forth in this Court's March 22, 2002 expert scheduling order (i.e. depositions of experts shall be complete two months after they are disclosed, and so on).

DATED this 29th day of October, 2002

[signature]
The Honorable Barbara Jacobs Rothstein
United States District Judge

Presented by:

*Levinson Friedman, P.S.*

By [signature]
Lance E. Palmer
WSBA #18141
**Plaintiffs' Lialson Counsel**



LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

THE HONORABLE BARBARA JACOBS ROTHSTEIN

ENTERED
RECEIVED
6 2002 KN
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

MDL NO. 1407

CERTIFICATE OF SERVICE

I, Kaj Trapp, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct.

I am a citizen of the United States and a resident of King County, Washington. I am over the age of 18 years and am not a party to the within cause. My business mailing address is that of Levinson Friedman, P.S., Pacific Building, 720 Third Avenue, Suite 1800, Seattle, WA 98104.

On October 16, 2002, I caused true and correct copies of the following documents:

1. [Proposed] CASE MANAGEMENT ORDER re Rule 26 Deadlines For Cases Docketed After March 22 2002

to be served by electronic-mail upon the following parties:

**See Exhibit A**



ORIGINAL

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

to be served by ABC Legal Messengers, Inc. by hand delivery, and by electronic mail upon the following counsel of record:

D. Joseph Hurson
LANE POWELL SPEARS LUBERSKY LLP
1420 Fifth Ave, Suite 4100
Seattle, WA 98101-2338
HursonD@LanePowell.com

Douglas A. Hofmann
WILLIAMS, KASTNER & GIBBS PLLC
4100 Two Union Square
Seattle, WA
dhofmann@wkg.com

And to be served by overnight delivery upon the following counsel of record:

Terry Tottenham
Fullbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701

Randy Sherman
Kaye, Scholer, Fierman, Hays & Handler, LLP
425 Park Avenue
New York, NY 10022

Executed on October 16, 2002, at Seattle, Washington.

Kaj Trapp



LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

# Exhibit A

| First | Middle | Last | Suffix | Firm | City | State | Email |
|---|---|---|---|---|---|---|---|
| Chris | | Aaron | | Law Office of Barry Levinson | Las Vegas | NV | BarryLevinsonJD@excite.com |
| Janet | | Abaray | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sjkirby@fuse.net |
| Russ | | Abney | | Fleming & Associates, L.L.P. | Houston | TX | russ_abney@fleming-law.com |
| Roy | F. | Amedee | Jr | Attorneys at Law | LaPlace | LA | ramedeejr@aol.com |
| Maria K. | | Anastasia | | Wilentz Goldman & Spitzer P.A | Woodbridge | NJ | anastm@wilentz.com |
| Jessica | | Anderson | | Zimmerman Reed | Minneapolis | MN | JLA@zimmreed.com |
| Ray | | Anderson | | Smith & Harang | New Orleans | LA | randerson@smithharang.com |
| Ann | | Andrews | | Andrews & Thornton | Santa Ana | CA | aa@andrewsthornton.com |
| Jonathan | Beauregard | Andry | | The Andry Law Firm | New Orleans | LA | jonathan@communique.net |
| Nancy | | Armstrong | | Armstrong & Guy Law Offices, L.L.C. | McComb | MS | b1m2o3@telapex.com |
| Richard | J. | Arsenault | | Neblett, Beard, & Arsenault | Alexandria | LA | rarsenault@nbalawfirm.com |
| Franklin | D. | Azar | | Franklin D. Azar & Associates | Aurora | CO | axvign@fdazar.com |
| Lee | B. | Balefsky | | Greitzer and Locks | Philadelphia | PA | lbalefsky@greitzerlocks.com |
| George | E. | Barrett | | Barrett, Johnston, & Parsley | Nashville | TN | gbarrett@barrettjohnston.com |
| David | | Bateman | | | Baton Rouge | LA | david@davidbatemanlaw.com |
| Daniel | E. | Becnel | Jr. | Law Office of Daniel E. Becnel Jr. | Reserve | LA | dbecnel@rtconline.com |
| Cloyd | | Benjamin | Jr. | Piper & Associates | Shreveport | LA | cbenjamin@mnss.com |
| Allan | | Berger | | Allan Berger and Associates | New Orleans | LA | allanb@telocity.com |
| Marvin | B. | Berke | | Berke, Berke & Berke | Chattanooga | TN | marvin_berke@berkeattys.com |
| Brian | N. | Bishop | | Watts & Watts | Oklahoma City | OK | BNBriBish@aol.com |
| *Paula* | | *Bliss* | | *Robinson & Cole L.L.P.* | *Boston* | *MA* | *pbliss@rc.com* |
| Lee | J. | Bloomfield | | Allen Godwin Morris Laurenzi & Bloomfield, P.C. | Memphis | TN | lawljb@aol.com |
| Jeffrey | A. | Bogue | | Bogue Koury Law Firm | Denver | CO | bkmlaw@bkmllc.com |
| Philip | | Bohrer | | Bohrer Law Firm, L.L.C. | Baton Rouge | LA | phil@bohrerlaw.com |
| Robert | J. | Bonsignore | | Bonsignore & Brewer | Medford | MA | rbonsignore@aol.com |
| Reshonda | L. | Bradford | | The Singleton Law Firm | Shreveport | MS | Rsinglaw@Shreve.net |
| Scott | | Brady | | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | sbrady@mckernanlawfirm.com |
| Steven | J. | Brady | | Law Office of Steven J. Brady | San Rafael | CA | bradydesk@aol.com |
| Turner | W. | Branch | | Branch Law Firm | Albuquerque | NM | kmatthes@branchlawfirm.com |
| Christine | | Brandt | | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | cbrandt@cwcd.com |
| Trece | L. | Brown | | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | brownt66@bellsouth.net |
| Charles | A. | Browning | | Moore & Browning | San Francisco | CA | cabbush@aol.com |
| Gregory | J. | Bubalo | | Becker Law Office | Louisville | KY | gbubalo@beckerlaw.com |
| David | | Buchanan | | Seeger & Weiss L.L.P. | Newark | NJ | dbuchanan@seegerweiss.com |
| Robert | Cape | Buck | | Schlueter Buck & Childers | Conyers | GA | rbuck@sbc-law.com |
| Vivian | Vines | Campbell | | Whatley Drake, L.L.C. | Birmingham | AL | vcampbell@whatleydrake.com |
| James | T. | Capretz | | Attorney at Law | Newport Beach | CA | jcapretz@capretz.com |
| Edmund | | Carey | | Barrett, Johnston, & Parsley | Nashville | TN | tcarey@barrettjohnston.com |
| Ted | | Carey | | Robinson & Cole L.L.P. | Boston | MA | tcarey@bost.rc.com |
| John | | Casey | | Robinson & Cole L.L.P. | Boston | MA | jcasey@RC.com |
| Dwayne | | Champion | | Grouppa | Minneapolis | MN | grouppa@qwest.net |
| Bryan | | Cigelske | | Taylor Martino & Hedge | Mobile | AL | Bryan@jtmlaw.com |
| Daniel | A. | Claitor | | Claitor, Loupe & Bateman | Baton Rouge | LA | claitor@bellsouth.net |
| Lee | L. | Coleman | | Hughes & Coleman | Bowling Green | KY | lcoleman@hughesandcoleman.com |
| William | Peter | Connick | | Connick, Lentini, Wimberly & deLaup | Metairie | LA | cwdlaw@bellsouth.net |
| Ernest | | Cory | | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | ECory@cwcd.com |
| Frank | | Costilla | Jr | Attorney at Law | Brownsville | TX | Frank@costillalaw.com |
| Sidney | A. | Cotlar | | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ppa@hhkc.com |
| Mark | T. | Coulter | | *Peirce, Raimond, and Coulter* | Pittsburgh | PA | mcoulter@peircelaw.com |
| Donald | | Cravins | | Domengeaux Wright Roy Edwards | Lafayette | LA | donaldc@wrightroy.com |
| Gordon | R. | Crawford | | Gordon R. Crawford & Associates | Gonzales | LA | gcrawford@attorneycrawford.com |
| Rebecca | | Cunard | | Rebecca Cunard | Baton Rouge | LA | rebecca@cunardlaw.com |
| J. | Robert | Davis | | J. Robert Davis LLP | Houston | TX | robert@jrobertdavisllp.com |
| Leonard | | Davis | | Herman, Mathis, Casey, Kitche | New Orleans | LA | ldavis@HHKC.com |
| Annesley | H. | DeGaris | | Cory, Watson, Crowder, & Deg | Birmingham | AL | adegaris@cwcd.com |

Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Terry | L. | Dempsey | | Lowery & Dempsey | Russellville | AL | TDemp20078@aol.com |
| Robert | | Diliberto | | Murray Law Firm | New Orleans | LA | rdiliberto@murray-lawfirm.com |
| James | R. | Dugan | II | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | jrd@gauthier-downing.com |
| Joseph | | Durio | | Attorney at Law | Baton Rouge | LA | jdurio@eguarantee.com |
| Tom | | Dutton | | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | tomd@pittmanhooks.com |
| James | B. | Early | | Early, Ludwick & Sweeney | New Haven | CT | jearly@elslaw.com |
| Marc | | Edelson | | Hoffman & Edelson | Doylestown | PA | medelson@hofedlaw.com |
| Connie | | Edwards | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | CEdwards@CMHT.com |
| Tony | W. | Edwards | | Stipe Law Firm | McAlester | OK | tedwards@stipelaw.com |
| Jeffrey | | Ellis | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | jellis@kandelaw.com |
| Margaret | | Ellis | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandepasms@aol.com |
| Sharon | | Ericksen | | Robinson & Cole L.L.P. | Boston | MA | sericksen@rc.com |
| Kim | | Evers | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | kevers@levinlaw.com |
| Calvin | C. | Fayard | Jr. | Fayard & Honeycutt, A.P.C. | Denham Springs | LA | calvinfayard@fayardlaw.com |
| Steve | | Fearon | | Squitiari & Fearon, LLP | New York | NY | stephen@sfclasslaw.com |
| Michael | | Fishbein | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mfishbein@msn.com |
| Dina | S. | Fisher | | Robinson & Cole L.L.P. | Hartford | CT | dfisher@rc.com |
| Keith | | Fleishman | | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | kf@mwbhlny.com |
| Richard | | Freese | | Langston Sweet & Freese PA | Birmingham | AL | richfreese@aol.com |
| Keelyn | | Friesen | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Seattle | WA | kfriesen@cmht.com |
| Hector | | Gancedo | | Gancedo & Nieves L.L.P. | Pasadena | CA | hgancedo@gancedonieves.com |
| Laura | | Gianni | | Sherman Salkow Petoyan & W | Los Angeles | CA | lgianni@shermanonlaw.com |
| Jeff | | Goldenberg | | Murdock, Goldenberg, Schneider & Groh | Cincinnati | OH | jgoldenberg@mgsglaw.com |
| Ronald | S. | Goldser | | Zimmerman Reed | Minneapolis | MN | rsg@zimmreed.com |
| James | D. | Gotz | | Robinson & Cole L.L.P. | Boston | MA | jgotz@bost.rc.com |
| Peter | A. | Grammas | | Langston Sweet & Freese PA | Birmingham | AL | debbie.hudson@lsf-law.com |
| Jim | | Green | | Ashcraft & Gerel | Washington | DC | jgreen@dc.ashcraftlaw.com |
| David | | Greenstone | | Waters & Kraus | Dallas | TX | greenstone@awpk.com |
| Thomas | P. | Gressette | Jr | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | tgressette@rpwb.com |
| William | | Guy | | Law Offices of William Guy | McComb | MS | janiceguy@guylaw.com |
| H. | Blair | Hahn | | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | bhahn@rpwb.com |
| W. | Todd | Harvey | | Whatley Drake, L.L.C. | Birmingham | AL | tharvey@whatleydrake.com |
| James | A. | Hatch | | Attorneys at Law | LaPlace | LA | jahmmb@yahoo.com |
| Molly | | Hegarty | | Von Briesen, Purtell & Roper | Milwaukee | WI | mhegarty@vonbriesen.com |
| Russ | M. | Herman | | Herman, Herman, Katz & Cotlar L.L.P. | New Orleans | LA | ppa@hhkc.com |
| James | E. | Hoffmann | | Levin & Hoffmann | Encino | CA | berwin@levinhoffmann.com |
| Thomas | | Hollander | | Attorney at Law | Pittsburgh | PA | th@hollander-law.com |
| Alva | A. | Hollon | Jr. | Sams & Hollon, P.A. | Jacksonville | FL | aahjoh@aol.com |
| Andrew | J. | Horne | | Oldfather & Morris | Louisville | KY | ajh@omky.com |
| Richard | | Hunnicutt | | Wayne Wright, LLP | San Antonio | TX | dbaker@waynewright.com |
| Jalila | | Jefferson | | Murray Law Firm | New Orleans | LA | jjefferson@murray-lawfirm.com |
| Candice | | Jenkins | | Law Offices of Ronnie G. Penton | Bogalusa | LA | candice@rgplaw.com |
| Douglas | | Johnston | | Barrett, Johnston, & Parsley | Nashville | TN | djohnston@barrettjohnston.com |
| Jane | | Joseph | | Lopez, Hodes, Restaino, Milman & Skikos | Shaker Hts. | OH | jejoseph@ix.netcom.com |
| Joshua | | Katz | | Lanahan & Reilley L.L.P. | Santa Rosa | CA | jkatz@lanahan.com |
| Keenan | | Kelly | | Kelly Townsend & Thomas | Natchitoches | LA | kkelly@cp-tel.net |
| James | M. | Kenna | | Gancedo & Nieves L.L.P. | Pasadena | CA | jkenna@gancedonieves.com |
| Dana | | Kirk | | Kirk Law Firm | Houston | TX | KirkLawFirm@aol.com |
| James | W. | Kitchens | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandejaxon@aol.com |
| Rhett | D. | Klok | | Ness Motley | Mt. Pleasant | SC | rklok@nmlrp.com |
| Richard | | Kopelman | | Orlando & Kopelman | Decatur | GA | richard@orlandokopelman.com |
| Jeff | S. | Korek | | Gersowitz Libo & Korek P.C. | New York | NY | jkorek@lawyertime.com |
| Peter | A | Kraus | | Waters & Kraus | Dallas | TX | kraus@asbestos-lawyer.com |
| Stuart | A. | Kritzer | | Stuart A. Kritzer Law Offices | Denver | CO | stuart@kritzer.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| David | | Krugler | | Seeger & Weiss L.L.P. | Newark | NJ | dkrugler@seegerweiss.com |
| Lisa | | Kruse | | Gallagher, Lewis, Serafin, Downey & Kim | Houston | TX | lisak@gld-law.com |
| Beth | J. | Kushner | | Von Briesen, Purtell & Roper | Milwaukee | WI | bkushner@vonbriesen.com |
| Rick | | Kuykendall | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | fold8@aol.com |
| Andre | Phillip | LaPlace | | Law Offices of Andre P. LaPlace | Baton Rouge | LA | alaw@andrelaplace.com |
| Regina | | Lapolla | | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | rll@mwbhlny.com |
| Erin | Sweeny | Larkin | | Robinson & Cole L.L.P. | Boston | MA | elarkin@bost.rc.com |
| David | C | Lee | | Lee, Lee & Lee | Knoxville | TN | dlee@jdlee.com |
| Gano | D. | Lemoine | Jr. | Andrus, Boudreaux, Lemoine & Tonore | Lafayette | LA | glemoine@abltlaw.com |
| Arnold | | Levin | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | alevin@lfsblaw.com |
| Irwin | B. | Levin | | Cohen & Malad | Indianapolis | IN | ilevin@cohenandmalad.com |
| Richard | | Lewis | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | rlewis@cmht.com |
| Lawrence | H. | Lieberman | | Cross & Lieberman PA | Phoenix | AZ | lieberman@crosslieb.com |
| Hans | Joseph | Liljeberg | | Connick & Liljeberg, LLC | Metairie | LA | connickliljeberg@aol.com |
| Kathy | | Limbaugh | | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | KathyL@pittmanhooks.com |
| Robert | F. | Linton | Jr. | Linton & Hirshman | Cleveland | OH | amills@lintonhirshman.com |
| Gene | | Locks | | Greitzer and Locks | Philadelphia | PA | glocks@greitzerlocks.com |
| Ramon | Rossi | Lopez | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | rlopez@lopez-hodes.com |
| J. | Chandler | Loupe | | Claitor, Loupe & Bateman | Baton Rouge | LA | jloupe@aol.com |
| Gail | M. | Lundgren | | Bernard, Lundgren & Associates, PLLC | Seattle | WA | Gail@bernardlundgren.com |
| Hunter | W. | Lundy | | Lundy & Davis, L.L.P. | Lake Charles | LA | hlundy@lundydavis.com |
| Alex | | MacDonald | | Robinson & Cole L.L.P. | Boston | MA | amacdonald@bost.rc.com |
| Grant | | Marylander | | Bogue Koury Law Firm | Denver | CO | gmland@bkmllc.com |
| Charles | Allison | Mathis | Jr. | Mathis & Adams | Atlanta | GA | cmathis@hermanmathis.com |
| David | P. | Matthews | | Abraham, Watkins, Nichols, Sorrels, et al. | Houston | TX | lizy_cardenas@abrahamwatkins.com |
| Gordon | | McKernan | | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | gmckernan@mckernanlawfirm.com |
| Jerry | | McKernan | | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | hkeller@mckernanlawfirm.com |
| Tyrone | C. | Means | | Thomas Means Gillis & Seay P | Montgomery | AL | tcmeans@tmgpc.com |
| Ron | Michael | Meneo | | Early, Ludwick, Sweeney & Strauss | New Haven | CT | ppamdl@elslaw.com |
| David | | Miceli | | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | david.miceli@beasleyallen.com |
| Marcus | Joseph | Michles | II | Michles & Booth PA | Pensacola | FL | sharon@littlepagebooth.com |
| Clay | | Miller | | Miller Curtis LLP | Dallas | TX | miller@millerandcurtis.com |
| Kathleen | | Millican | | Lopez, Hodes, Restaino, Milman & Skikos | San Francisco | CA | kmillican@lopez-hodes.com |
| Donna | Siegel | Moffa | | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | donna@rr-law.com |
| James | A. | Morris | Jr | Provost & Umphrey | Beaumont | TX | jmorris@provostumphrey.com |
| Peyton | Patrick | Murphy | | Murphy Law Firm | Baton Rouge | LA | pmurphy@murphylfirm.com |
| Stephen | | Murray | | Murray Law Firm | New Orleans | LA | smurray@murray-lawfirm.com |
| Jo | Ann | Napier | | Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | Houston | Tx | Rushlegal@aol.com |
| Dianne | M. | Nast | | Roda & Nast, PC | Lancaster | PA | dnast@rodanast.com |
| Barrington | R. | Neil | | Upton & Marinoff | Baton Rouge | LA | brneil@bellsouth.net |
| Heather | | Neulight | | Greitzer and Locks | Philadelphia | PA | hneulight@greitzerlocks.com |
| Edward | J. | Nevin | | Law Offices of Nevin & Absalom | San Francisco | CA | EdNevin@333Law.com |
| Tina | B. | Nieves | | Gancedo & Nieves L.L.P. | Pasadena | CA | tnieves@gancedonieves.com |
| Melinda | Davis | Nokes | | Lopez, Hodes, Restaino, Milma | Newport Beach | CA | mdavisnokes@lopez-hodes.com |
| Peter | Spencer | Obetz | | Bartimus, Frickleton, Robertson & Obetz | Kansas City | MO | peter@rflawfirm.com |
| Tim | | O'Brien | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | tobrien@levinlaw.com |
| Tom | | O'Driscoll | | Mayfield & Ogle, PA | Ormond Beach | FL | tmolegal@Bellsouth.net |
| Leslie | | O'Leary | | Williams, Daily, O'Leary, Craine | Portland | OR | loleary@wdolaw.com |
| Scott | | Ozmun | | Whitehurst, Harkness, Ozmun & Archuleta | Austin | TX | sozmun@whoalaw.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robert | G. | Pahlke | | Van Steenberg Law Firm | Scottsbluff | NE | rgp@vanlaw.net |
| Alexander | C. | Papandreou | | Clark, Depew & Tracey, Ltd. LLP | Houston | TX | Papandreou@clarkdepew.com |
| Michelle | | Parfitt | | Ashcraft & Gerel | Washington | DC | mparf@aol.com |
| Gale | D. | Pearson | | Gale D. Pearson & Associates P.A. | Minneapolis | MN | attorneys@outtech.com |
| Michael | Edward | Pederson | | Weitz & Luxenberg | New York | NY | mpederson@weitzlux.com |
| Patrick | W. | Pendley | | Pendley Law Firm | Plaquemine | LA | Pendley@pendleylawfirm.com |
| Robert | E. | Piper | | Piper & Associates | Shreveport | LA | piper@mnss.com |
| Kirk | L. | Pittard | | Waters & Kraus | Dallas | TX | pittard@awpk.com |
| Timothy | T. | Pridmore | | McWhorter Cobb & Johnson | Lubbock | TX | tpridmore@mcjllp.com |
| Alicia | | Ramos | | Clark, Depew & Tracey, Ltd. LLP | Houston | Texas | Ramos@clarkdepew.com |
| Robert | | Ramsey | | Ramsey Law Firm | Mobile | AL | rsramsey@ramseylawfirm.com |
| Julia | | Reed | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jreed@Lopez-Hodes.com |
| Ellen | | Relkin | | Weitz & Luxenberg | New York | NY | erelkin@weitzlux.com |
| John | | Restaino | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jrestaino@lopez-hodes.com |
| David | B. | Rheingold | | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | drheingold@rheingoldlaw.com |
| Paul | D. | Rheingold | | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | prheingold@rheingoldlaw.com |
| Louis | C. | Ricciardi | | Rodriguez & Richards, L.L.C. | Philadelphia | PA | louis@trrlaw.com |
| Jennifer | A. | Riley-Collins | | Edward A. Williamson, Attorney | Philadelphia | MS | jcollins@eawlaw.com |
| Mark | P. | Robinson | Jr. | Robinson Calcagnie & Robinso | Newport Beach | CA | mrobinson@robinson-pilaw.com |
| Jimmy | F. | Rodgers | | Summers & Wyatt, PC | Chattanooga | TN | jrodgers@summersandwyatt.com |
| Lisa | J. | Rodriguez | | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | lisa@rr-law.com |
| Thomas | D. | Rogers | | Richardson Patrick Westbrook & Brickman | Charlston | SC | trogers@rpwb.com |
| Sandra | | Rohrstaff | | Miller & Associates | Alexandria | VA | srohrstaff@doctoratlaw.com |
| Michael | L. | Rosenberg | | Seeger & Weiss LLP | Newark | NJ | mrosenberg@seegerweiss.com |
| Steven | | Rotman | | Robinson & Cole L.L.P. | Boston | MA | srotman@bost.rc.com |
| Kevin | W. | Ryan | | Michie, Hamlett, Lowry, Rasmussen, & Tweel, P.C. | Charlottesville | VA | kryan@mhlrt.com |
| Frederick | P. | Santarelli | | Elliott Reihner Siedzikowski & Egan, P.C. | Blue Bell | PA | FPSantarelli@erse.com |
| Joseph | H. | Saunders | | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | joe@saunderslawyers.com |
| Fred | | Schenk | | Casey, Gerry, Reed, & Schenk | San Diego | CA | fschenk.ppa@cglaw.com |
| Chris | | Scott | | Ashcraft & Gerel | Washington | DC | cscott@dc.ashcraftlaw.com |
| Chris | | Seeger | | Seeger & Weiss L.L.P. | New York | NY | cseeger@seegerweiss.com |
| Roman | A. | Shaul | | Beasley, Allen, Crow, Methvin, | Montgomery | AL | roman.shaul@beasleyallen.com |
| Arthur | | Sherman | | Sherman Salkow Petoyan & W | Los Angeles | CA | asherman@shermanonlaw.com |
| Judy | | Shopp | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | jshopp@lfsblaw.com |
| Jonathan | | Shub | | Sheller, Ludwig & Badey, PC | Philadelphia | PA | jshub@sheller.com |
| Charles | Stein | Siegel | | Waters & Kraus | Dallas | TX | siegel@awpk.com |
| Anthony | | Simon | | Richmond Simon & Abston | Jackson | MS | arsfr2000@aol.com |
| Cindy | | Sims | | Claitor, Loupe & Bateman | Baton Rouge | LA | cecesims@aol.com |
| W. | James | Singleton | | The Singleton Law Firm | Shreveport | MS | singlaw@shreve.net |
| Steven | | Skikos | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sskikos@lopez-hodes.com |
| John | Hunter | Stevens | | Grenfell, Sledge & Stevens PLLC | Jackson | MS | jstevens91@aol.com |
| David | | Suggs | | Lopez, Hodes, Restaino, Milman & Skikos | Shorewood | MN | dsuggs@attglobal.net |
| Jennifer | | Sustacek | | Zimmerman Reed | Minneapolis | MN | jks@zimmreed.com |
| Nelda | | Talamantes | | Waters & Kraus | Dallas | TX | talamantes@awpk.com |
| David | | Terry | | Law Office of Vic Terry | Dallas | TX | davidterry@davidterry.com |
| Robert | Simms | Thompson | | Robert Simms Thompson, PC | Tuskegee | AL | rstpc@aol.com |
| John | C. | Thornton | | Andrews & Thornton | Santa Ana | CA | jct@andrewsthornton.com |
| Michelle | | Tiger | | Greitzer and Locks | Philadelphia | PA | mtiger@greitzerlocks.com |
| Chris | | Tisi | | Ashcraft & Gerel | Washington | DC | cvtisi@aol.com |
| Dianne | G. | Vervaeke | | Domengeaux Wright Roy Edwards | Lafayette | LA | dianev@wrightroy.com |
| Margaret | | Walker | | Saunders, Walker & Coleman, | Pinellas Park | FL | mwalker7@tampabay.rr.com |
| Elizabeth | | Wall | | Seeger & Weiss L.L.P. | Newark | NJ | ewall@seegerweiss.com |
| Leila | H. | Watson | | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | lwatson@cwcd.com |
| Phillip | O. | Watts | | Watts & Watts | Oklahoma City | OK | wattslawoffices@coxinet.net |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael | | Weinkowitz | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mweinkowitz@lfsblaw.com |
| Lee | | Weiss | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | law@mwbhlny.com |
| John | H | Westover | Attorney at Law | Phoenix | AZ | jwestoveratty@qwest.net |
| Joe | | Whatley | Whatley Drake, L.L.C. | Birmingham | AL | jwhatley@whatleydrake.com |
| Daniel | E. | Wherry | Mattson Ricketts Law Firm | Lincoln | NE | dew@mattsonricketts.com |
| J. | Stewart | White | Law Offices of White & Meany | Reno | NV | jswhite@whiteandmeany.com |
| W. | Paul | Wilkins | LeBlanc Maples & Waddell | Baton Rouge | LA | pwilkins@lw-law.net |
| Michael | L. | Williams | Williams, Daily, O'Leary, Craine | Portland | OR | mwilliams@wdolaw.com |
| Martin | | Willoughby | Frazer Davidson | Jackson | MS | mwilloughby@frazerdavidson.com |
| Bob | F. | Wright | Domengeaux Wright Roy Edwa | Lafayette | LA | bobw@wrightroy.com |
| Sortirios | B. | Yanakakis | Ashcraft & Gerel | Washington | DC | syanakakis@dc.ashcraftlaw.com |
| Charles | S. | Zimmerman | Zimmerman Reed | Minneapolis | MN | csz@zimmreed.com |
| J. | D. | Zink | Zink & Lenzi | Chico | CA | chicolaw@pacbell.net |

# U. S. District Court

## Western District of Washington

02 OCT 30 PM 3:21

Seattle: 206-553-1590 Tacoma: 253-593-6313

| | | | |
|---|---|---|---|
| TO: | D Joseph Hurson | | |
| FAX: | 223-7107 | | |
| SENT ON: | 10/30/02 | 03:01 PM | |
| RE Case No: | 2:01-md-01407 | Docket No: | 00001106 |
| PAGES: | 12 | | |

I hereby certify that the attached document is a true and correct copy of the original on file in my office.

ATTEST: Bruce Rifkin, Clerk, U. S. District Court

If this fax is incomplete or cannot be delivered as addressed, please call Shirley Lindberg or Nealann Skari at 206-553-4170.