FILED ENTERED
LODGED RECEIVED

OCT 1 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

MD 01 01407 #00001240

FILED ENTERED
LODGED RECEIVED

NOV 2 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation | No. MDL 1407 |
| This document relates to all actions. | ~~[PROPOSED]~~ BJR CASE MANAGEMENT ORDER |

cc: counsel; BJR

On March 21, 2002, this Court entered Case Management Order No. 6 (Case-Specific Fact Discovery Procedures and Plan), which addressed, inter alia, discovery of individual plaintiffs in these MDL proceedings. When that Order was entered there were approximately 439 cases in this MDL. CMO No. 6 provided that discovery of these plaintiffs was to be completed by February 28, 2003, and of all subsequently transferred cases within 12 months of the docketing of those cases in this MDL. As of today there are approximately 1,500 total plaintiffs in 736 cases either in or pending transfer to this MDL. Despite the requirement in CMO No. 6 that plaintiffs complete a Plaintiff's Fact Sheet (PFS), and despite the efforts of the Defendants and the Plaintiffs' Steering Committee, the Court is informed that there are plaintiffs who have not complied with this requirement.

Therefore, in order to provide for the timely completion of discovery, it is hereby ORDERED, as follows:

1. Only upon the completion of all discovery set out in all case management orders and the disposition of all applicable motions, may cases be considered for suggestion of



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1240

remand to their transferor court in a manner and pursuant to a schedule to be determined by this Court. If the defendants contend that the transferor court is not the appropriate United States District Court for the trial of a case in which remand has been requested, they may file the appropriate motion, which will be determined by this Court prior to any suggestion of remand of that case.

2. If any plaintiff has not completely complied with the discovery requirements set forth in the prior Orders of the Court, including the completion of a PFS, his or her case shall not be considered for remand until this Court has determined that the discovery obligations of the plaintiff have been completed, and defendants have had sufficient time, consistent with ¶ VI of CMO No. 6 and ¶ 3, below, to complete case-specific discovery.

3. Notwithstanding any deadline for the completion of case-specific discovery set forth in CMO No. 6, if a plaintiff fails to provide complete responses to the PFS, the period for the completion of discovery for his or her case under ¶ VI of CMO No. 6 shall not begin to run until a substantially complete PFS and accompanying authorizations have been provided to defendants.

4. Nothing in this Order shall prevent defendants from seeking additional remedies or sanctions against any plaintiff for failure to comply with the discovery obligations set out in prior CMOs, on a case-by-case basis.

5. This Order applies to all cases currently docketed in MDL 1407 or which may in the future be docketed in MDL 1407.

SO ORDERED this 21st day of November, 2002.

Barbara J Rothstein

Barbara Jacobs Rothstein
United States District Court Judge

[PROPOSED] CASE MANAGEMENT ORDER - 2
Case No. MDL 1407
019186.0028/958829.1

Presented by:

LANE POWELL SPEARS LUBERSKY LLP

By P. Joseph Hurson
D. Joseph Hurson
WSBA No. 09296
*Co-Liaison Counsel for the PPA Manufacturer-Defendants*



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

# U. S. District Court

## Western District of Washington

Seattle: 206-553-1590 Tacoma: 253-593-6313

| | | | |
|---|---|---|---|
| TO: | D Joseph Hurson | | |
| FAX: | 223-7107 | | |
| SENT ON: | 11/22/02 | 02:06 PM | |
| RE Case No: | 2:01-md-01407 | Docket No: | 00001240 |
| PAGES: | 4 | | |

I hereby certify that the attached document is a true and correct copy of the original on file in my office.

ATTEST: Bruce Rifkin, Clerk, U. S. District Court

02 NOV 22 PM 2:58

If this fax is incomplete or cannot be delivered as addressed, please call Shirley Lindberg or Nealann Skari at 206-553-4170.