HONORABLE BARBARA J ROTHSTEIN

MD 01 01407 #00001780

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 02 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation | No MDL 1407 |
| This document relates to all actions | CASE MANAGEMENT ORDER NO 13 CONCERNING IDENTIFICATION OF DEFENDANTS AND PRODUCTS INGESTED |

cc, counsel: BJR

The cases currently pending in MDL 1407 assert the claims of individuals who allege to have ingested one or more PPA-containing products Certain of these cases list numerous PPA manufacturers involved in MDL-1407, and the individual plaintiffs fail to state with specificity which products they allegedly ingested, and therefore fail to identify the manufacturers of those products that allegedly caused their injuries

Notwithstanding the Proposed Case Management Order Concerning Severance of Multiple Plaintiff Cases in MDL-1407,

IT IS ORDERED, as follows

1 Counsel for all cases in which more than one manufacturing defendant was named on behalf of one or more plaintiffs who allege(s) personal injury from the alleged ingestion of a product containing PPA that are currently pending in MDL 1407 must serve and file within thirty (30) days of this Order, an affirmation on behalf of each individual plaintiff who allegedly ingested a product containing PPA setting forth the PPA product allegedly ingested by that plaintiff and the defendant or defendants whom that plaintiff claims



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1780

is the manufacturer of that product or those products (the "Affirmation"), a model of which is attached as Exhibit A The Affirmation may not allege any new factual allegations, additional causes of action or add new defendants additional to those named in the pending complaint, except as otherwise permitted under applicable laws or authority

2 Counsel for all cases brought against more than one manufacturing defendant on behalf of one or more plaintiffs who allege(s) personal injury from the alleged ingestion of a product containing PPA that are docketed in MDL-1407 after the filing date of this Case Management Order must file an Affirmation in compliance with the preceding paragraph 1 within thirty (30) days of the date on which the case is docketed in MDL-1407

3 Upon the completion and service of the Affirmation by and on behalf of a plaintiff, if the Affirmation fails to disclose the ingestion by such plaintiff of a PPA-containing product manufactured and/or distributed by an identified defendant, then such defendant is authorized to submit to the Court a Proposed Order of Dismissal with Prejudice with regard to claims brought by that plaintiff submitting the Affirmation, as well as with regard to any plaintiff whose claims are derivative of the plaintiff who alleges use of a PPA product

4 Each Proposed Order of Dismissal with Prejudice shall be served upon plaintiffs' liaison counsel and plaintiff's counsel of record and shall be accompanied by a copy of the plaintiff's Complaint, all completed Plaintiff Fact Sheets on behalf of the plaintiff, if any, the Affirmation and a statement by the defendant's attorney of record that the Affirmation and the Plaintiff Fact Sheet, if any, contain no allegations that ingestion of the defendant's product contributed to the cause of plaintiff's alleged injury

5 If no opposition is submitted to the Proposed Order of Dismissal with Prejudice within 10 days of service upon plaintiffs' liaison counsel and plaintiff's counsel of record, then the Court shall enter an Order dismissing the moving defendant with prejudice, a model of which is attached hereto as Exhibit B



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

6 Nothing in this Order shall prevent defendants from seeking on a case-by-case basis additional remedies or sanctions against any plaintiff with regard to discovery obligations set out in this CMO, prior CMO's and/or identification of defendants' products in a Plaintiff Fact Sheet

AND IT IS SO ORDERED

Dated May 1, 2003

Barbara J Rothstein
United States District Judge

LEVINSON FRIEDMAN, P S

Lance Palmer, Esq
Pacific Building
720 Third Avenue, Suite 1800
Seattle, Washington 98104

Plaintiffs' Liaison Counsel

LANE POWELL SPEARS LUBERSKY LLP

D Joseph Hurson, Esq
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101

Defendants' Liaison Counsel



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

HONORABLE BARBARA J ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation<br>------------------------------------------------<br>This document relates to [caption of individual case] | No MDL 1407<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on Defendant __________ Motion for Dismissal with Prejudice from the above-entitled action pursuant to Case Management Order No _____ Having reviewed the Plaintiff's Complaint, all completed Plaintiff Fact Sheets (PFS) submitted by or on behalf of Plaintiff, the Affirmation submitted pursuant to Case Management Order No. _____, and a statement by the Defendant's attorney of record that the PFS and/or the Affirmation submitted pursuant to Case Management Order No _____, contains no allegations of ingestion of the Defendant's product, and Plaintiff having submitted no opposition within 10 days, the Court finds that Plaintiff has not alleged the ingestion of a PPA-containing product manufactured and/or distributed by Defendant __________

IT IS HEREBY ORDERED that all remaining claims in the above-entitled action asserted by Plaintiff ______ against Defendant ______, only, are hereby dismissed with



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

prejudice pursuant to Federal Rule of Civil Procedure 41 The parties shall bear their own attorney's fees and costs

DATED this _____ day of _______________, 2003

_______________________________
Barbara J Rothstein
United States District Judge



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

HONORABLE BARBARA J ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation<br>---------------------------------------------------<br>This document relates to [caption of individual case] ______ | No MDL 1407<br><br>[PROPOSED] AFFIRMATION OF ________ REGARDING PRODUCT IDENTIFICATION |

I, ____________________, an attorney duly admitted to practice law in the State of ____________________ affirm, upon information and belief, that the following statements are true under penalties of perjury

1 I submit this Affirmation pursuant to CMO # ____

2 Plaintiff ______________ ingested ______________ which he/she alleges caused him/her to sustain personal injuries

3 Plaintiff ______________ asserts that defendant ______________ is the manufacturer of the PPA containing medicine that is identified in paragraph 2

______________________________
Counsel for Plaintiff ______________

TO All counsel of record



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

# U. S. District Court

## Western District of Washington

Seattle: 206-553-1590 Tacoma: 253-593-6313

TO: D Joseph Hurson

FAX: 223-7107

SENT ON: 05/02/03 03:00 PM

RE Case No: 2:01-md-01407 Docket No: 00001780

PAGES: 7

2003 MAY 2 PM 3 15

I hereby certify that the attached document is a true and correct copy of the original on file in my office.

ATTEST: Bruce Rifkin, Clerk, U. S. District Court

If this fax is incomplete or cannot be delivered as addressed, please call Shirley Lindberg or Nealann Skari at 206-553-4170.