01-MD-01407-ORD

Hon. Barbara J. Rothstein

FILED ENTERED
LODGED RECEIVED
JUN 21 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

CC TO JUDGE BJ ENTERED
LODGED RECEIVED
JUL 17 2003 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation, | NO. MDL 1407 |
| This document relates to all actions. | **CASE MANAGEMENT ORDER NO. 13A CONCERNING IDENTIFICATION OF DEFENDANTS AND PRODUCTS INGESTED** |

Pursuant to Case Management Order 13, Defendants whose products are not identified in Plaintiffs Fact Sheets, if any, or the Affirmation of a given plaintiff are authorized to submit a Proposed Order of Dismissal with Prejudice. Under the terms of the current Case Management Order 13, such Proposed Orders are to be submitted together with a copy of the plaintiff's complaint, all completed Plaintiff Fact Sheets on behalf of the plaintiff, if any, the Affirmation, and a statement by the defendant's attorney of record that the Affirmation and the Plaintiff Fact Sheets, if any, contain no allegations regarding the defendant's product(s). However, the Court now recognizes that the procedure required by Case Management Order No. 13 results in an often burdensome and unnecessary filing of numerous pages and documents, which negatively impact the judicial efficiency of this Court and the parties.



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

ORIGINAL

Therefore, this Case Management Order No. 13A, hereby revises Case Management Order No. 13, by substituting the following paragraphs 3 through 5, for those same paragraphs contained in Case Management Order 13, as follows:

3 Upon the completion and service of the Affirmation by and on behalf of plaintiff, if the Affirmation fails to disclose the ingestion by such plaintiff of a PPA-containing product manufactured and/or distributed by a named defendant, then such defendant is authorized to submit to the Court the name of the plaintiff who alleges use of a PPA product, requesting dismissal of that defendant with prejudice with regard to claims brought by the named plaintiff.

4 The name or names of plaintiffs proposed for dismissal with prejudice shall be filed periodically with the Court by each defendant making such proposal, in the form motion attached hereto as Exhibit A. The form shall include a statement by the defendant's attorney of record that the Affirmation and the Plaintiff Fact Sheets, if any, contain no allegations of ingestion of the defendant's product resulting in plaintiff's alleged injury. A Proposed Order (Exhibit B) shall be filed with the motion and proposed list. Each such request shall be served upon plaintiffs' liaison counsel and counsel of record for each named plaintiff.

5 For plaintiffs represented by counsel, within ten (10) days of service, such a represented plaintiff may file an opposition to the proposed dismissal with prejudice, with service upon defendants' liaison counsel and defendant's attorney of record. For *pro se* plaintiffs, within thirty (30) days of service, a *pro se* plaintiff may file an opposition to the proposed dismissal with prejudice, with service on defendants' liaison counsel and defendant's attorney of record. Within ten (10) days of service of such opposition, defendant shall file a copy of the Plaintiff's Complaint, all completed Plaintiff Fact Sheets on behalf of the plaintiff, if any, and the plaintiff's Affirmation, if any. If defendant fails to file the specified documents in response to a plaintiff's opposition, the Court shall enter an order denying defendant's



**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

requested dismissal with prejudice. If no opposition is submitted by a plaintiff listed in the defendant's motion, within ten (10) days of service upon plaintiffs' liaison counsel and plaintiff's counsel of record for plaintiffs represented by counsel or within thirty (30) days of service upon plaintiffs' liaison counsel and *pro se* plaintiffs, then the Court shall enter an Order dismissing the moving defendant with prejudice, crossing out the names of any plaintiffs who are not dismissed, and signing the Proposed Order, Exhibit B, dismissing all claims of the named plaintiffs, and anyone suing by, through or under them, including, but not limited to, loss of consortium claims.

6 Nothing in this Order shall prevent defendants from seeking, on a case by case basis, additional remedies or sanctions against any plaintiff with regard to discovery obligations set out in this CMO, prior CMO's and/or identification of defendants' products in a Plaintiff Fact Sheet.

DATED this 21st day of July, 2003.

Barbara J Rothstein
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

By Douglas A Hofmann
Douglas A. Hofmann, WSBA #06393

Defendants' Co-Liaison Counsel



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

LEVINSON FRIEDMAN, P.S.

By ______________________
Lance E. Palmer WSBA #18141

Plaintiffs' Liaison Counsel



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation, ________________________ This document relates to the actions listed on Attachment A. | NO. MDL 1407 DEFENDANT'S MOTION FOR DISMISSAL WITH PREJUDICE |

The undersigned counsel for ______________________________, hereby states that the Plaintiff Fact Sheets, if any, and/or Affirmations submitted Pursuant to Case Management Order 13 by the plaintiffs listed on Attachment A contain no allegations that ingestion of Defendant ________________ product contributed to the cause of plaintiffs' alleged injuries.

Defendant ____________________ therefore moves for Dismissal with Prejudice from the actions brought by the listed plaintiffs, and anyone suing by, through or under them, including, but not limited to, any loss of consortium claims, in accordance with Case Management Orders 13 and 13A.

DATED this _____ day of _______________, 2003.

FIRM NAME

By ___________________________________
Attorney name, bar number

Attorneys for Defendant

# EXHIBIT A

| MDL DOCKET NO. | DISTRICT CT. CAUSE NO. | CASE NAME | PLAINTIFF NAME |
|---|---|---|---|
| | | | |
| | | | |

## ATTACHMENT A

Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation, | NO. MDL 1407 |
| This document relates to the actions listed on Attachment A. | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on Defendant ____________ Motion for Dismissal with Prejudice from the above-entitled action pursuant to Case Management Orders Nos. 13 and 13A. Having reviewed the statement of counsel of record for Defendants that the Plaintiff Fact Sheet, if any, and/or the Affirmation submitted pursuant to Case Management Order No. 13, contain no allegations of ingestion of the Defendant's product, and the Plaintiffs having submitted no opposition within 10 days, the Court finds that the plaintiffs listed on Attachment A hereto have not alleged the ingestion of a PPA-containing product manufactured and/or distributed by Defendant ________________.

IT IS HEREBY ORDERED that all remaining claims in the actions asserted by Plaintiffs listed on Attachment A hereto, and by anyone suing by, through or under them, including, but not limited to, any loss of consortium claims, against Defendant

______________, only, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. The parties shall bear their own attorney's fees and costs.

DATED this _____ day of _______________, 2003.

_____________________________________
UNITED STATES DISTRICT JUDGE

Presented by:

FIRM NAME

By_________________________
Attorney name, bar number

Attorneys for Defendant _________________

## EXHIBIT B

| MDL DOCKET NO. | DISTRICT CT. CAUSE NO. | CASE NAME | PLAINTIFF NAME |
|---|---|---|---|
| | | | |
| | | | |

# ATTACHMENT A