HONORABLE BARBARA J. ROTHSTEIN

01-MD-01407-ORD

FILED LODGED ENTERED RECEIVED

AUG 2_ 2003

AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE Phenylpropanolamine (PPA) Products Liability Litigation | No. MDL 1407 |
| This document relates to all actions. | CASE MANAGEMENT ORDER NO. 15A, CONCERNING SEVERANCE OF MULTIPLE PLAINTIFF CASES IN MDL 1407 |

The following order shall serve as an adjunct to Case Management Order 15 ("CMO 15") concerning severance of multiple plaintiff cases in MDL 1407 and shall go into effect sixty (60) days subsequent to the issuance of CMO 15A.

1. Complaints Filed Pursuant to CMO 15. Any newly filed individual severed Complaints filed in accordance with paragraph 1.A of CMO 15 that adopt, restate, or reallege any allegations or provisions contained in the original multiple plaintiff Complaint shall only constitute a new action against those defendants specifically named in that newly filed individual severed Complaint. The newly filed individual severed Complaint shall not constitute a new action against any of the remaining defendants previously named in the original multiple plaintiff Complaint. From the effective date of this Order, newly filed individual severed Complaints shall not use the caption of the original multiple plaintiff Complaint but shall use a new caption specifically naming the individual plaintiff and affected defendants.



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

2. Failure to Obtain New Counsel. Any plaintiff whose counsel withdraws from representation and fails to notify the Court in writing of appearance of new counsel, or of their intent to proceed *pro se*, within sixty (60) days of this Order shall, upon motion by any party, have their case dismissed with prejudice. Last counsel of record shall notify individual plaintiffs of this requirement.

3. Dismissal of Original Complaints. The original multiple plaintiff Complaints (set forth in Exhibit A attached) shall be dismissed with prejudice as of the effective date of this Order, which includes any plaintiffs for whom a timely filed individual severed Complaint was not filed. The claims of any plaintiffs who have filed a new individual severed Complaint will not be considered dismissed, but will continue in the newly filed complaints. Notwithstanding the dismissal of the original Complaint, and pursuant to CMO 15, paragraph 1.C, the allegations contained in the original multiple plaintiff Complaints may be incorporated in the newly filed severed Complaint (except as so limited by paragraph 1 of this Order). If any multiple plaintiff Complaints are docketed in MDL 1407 after the entry of this Order, plaintiffs must sever the claims of the plaintiffs in accordance with CMO 15. After all applicable deadlines set forth in CMO 15 have elapsed, defendant may move for the dismissal of the original multiple plaintiff complaint in accordance with the provision of this CMO. Defendants must serve the motion to dismiss on plaintiffs' liaison counsel and counsel of record in the individual case.

4. Noncompliant Complaints. Upon motion of any defendant, any newly filed individual Complaints, which do not substantially comply with CMO 15, must be refiled with the appropriate information within thirty (30) days. Failure to refile any newly filed individual Complaint in compliance with CMO 15 within thirty (30) days of a motion pursuant to this paragraph may result in a dismissal with prejudice. In response to such a motion to dismiss, if plaintiff either fails to file a new individual Complaint in compliance with CMO 15, fails to



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

show that the previously filed individual Complaint is in compliance, or fails to show good cause as to failure to comply, the Court shall dismiss the plaintiff's case with prejudice.

DATED this 25th day of August, 2003.

Hon. Barbara J. Rothstein
United States District Judge

Presented by:

LANE POWELL SPEARS LUBERSKY LLP

By D. Joseph Hurson
D. Joseph Hurson
WSBA No. 09296
*Liaison Counsel for MDL Defendants*

Approved As to Form; Notice of Presentation Waived by:

LEVINSON FRIEDMAN, P.S.

By
Lance E. Palmer
WSBA No. 18141
*Liaison Counsel for MDL Plaintiffs*



LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

**EXHIBIT A**
**Multiple Plaintiff Cases Pending in MDL 1407 as of the Date of CMO 15**

| Case | MDL DOCKET NUMBER |
|---|---|
| Ackel | 02-cv-01856 |
| Adams, Barbara | 02-cv-02375 |
| Adams, Irene | 02-cv-00781 |
| Adams, Linda | 02-cv-01708 |
| Anderson | 02-cv-00604 |
| Andry | 02-cv-00776 |
| Ardoin | 02-cv-00777 |
| Ashley | 02-cv-00790 |
| Ashton | 02-cv-01860 |
| Avalos | 02-cv-02624 |
| Bandy | 02-cv-02585 |
| Baker | 02-cv-00366 |
| Banks | 02-cv-00513 |
| Barrilleaux | 02-cv-00542 |
| Barnett | 02-cv-00423 |
| Beals | 02-cv-00787 |
| Bennett | 03-cv-00357 |
| Bertrand | 02-cv-02619 |
| Bickham | 02-cv-00907 |
| Bond | 03-cv-00891 |
| Bourgeois | 02-cv-00543 |
| Boyd | 02-cv-02584 |
| Brock | 02-cv-00541 |
| Brooks | 02-cv-02538 |
| Brown | 03-cv-00841 |
| Brumley | 02-cv-02626 |
| Bullock, Eddie | 03-cv-00538 |
| Bullock, Mamie | 03-cv-00598 |

| Case | MDL DOCKET NUMBER |
|---|---|
| Burbel | 02-cv-00258 |
| Byrd | 02-cv-02371 |
| Carrisallez | 02-cv-02622 |
| Charlet | 02-cv-00539 |
| Claiborne | 02-cv-01371 |
| Clay | 02-cv-02534 |
| Coleman | 03-cv-00599 |
| Conway | 01-cv-02108 |
| Cunningham | 03-cv-00191 |
| Davis, Jim | 02-cv-01021 |
| Davis, Gregory | 02-cv-00422 |
| DeLatte | 02-cv-00363 |
| Dille | 02-cv-01782 |
| Earl | 02-cv-01367 |
| Everidge | 02-cv-01858 |
| Fife | 01-cv-02144 |
| Fleming | 03-cv-00351 |
| Flucker | 02-cv-02158 |
| Fortenberry | 02-cv-00786 |
| Garza | 02-cv-02628 |
| Gentry | 02-cv-02621 |
| George | 02-cv-00779 |
| Gilbert | 02-cv-01076 |
| Griffin | 02-cv-02623 |
| Harris | 02-cv-02587 |
| Huggins | 01-cv-02139 |
| Ingram | 02-cv-02533 |
| Jones, Mildred | 02-cv-00367 |
| Knight | 03-cv-00851 |
| Landry | 02-cv-01859 |

| Case | MDL DOCKET NUMBER |
|---|---|
| Madison | 03-cv-01106 |
| Malveaux | 02-cv-02372 |
| McClellan | 02-cv-02629 |
| McCullough | 02-cv-02595 |
| McGriggs | 01-cv-01651 |
| McGuffee | 01-cv-01652 |
| Mustoe | 02-cv-00775 |
| Myers | 02-cv-01170 |
| Newell | 02-cv-00421 |
| Norman | 02-cv-00043 |
| Patterson | 02-cv-02374 |
| Pier | 02-cv-02373 |
| Ratliff | 02-cv-01372 |
| Riptoe | 02-cv-00355 |
| Rowe | 02-cv-01857 |
| Russ | 03-cv-00427 |
| Saverin | 02-cv-02594 |
| Stroud | 02-cv-02376 |
| Temple | 02-cv-00911 |
| Tobias | 03-cv-00597 |
| Ware | 03-cv-00208 |
| Washington | 03-cv-01107 |
| Waters | 02-cv-00019 |
| Wilkinson | 03-cv-00939 |
| Willoz | 02-cv-00347 |
| Wilson | 02-cv-02532 |
| Womack | 02-cv-02020 |
| Zeno | 02-cv-00789 |