THE HONORABLE BARBARA J. ROTHSTEIN

FILED ENTERED
LODGED RECEIVED

OCT 10 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

RECEIVED
OCT 10 2003
LPSL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCT LIABILITY LITIGATION | MDL Docket No. 1407 |
| This document relates to all actions. | CASE MANAGEMENT ORDER NO. 16 ESTABLISHING MDL 1407 FEE AND COST TRUST ACCOUNT AND PROCEDURES |

On July 8, 2002, the Court signed Amended Case Management Order No. 8, Establishing Plaintiffs' Litigation Expense Fund To Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for Common Benefit. The following additional and amended procedures are hereby adopted to effectuate Amended Case Management Order No. 8 and to (1) assist counsel in fulfilling their obligation to the Court, (2) protect the confidentiality of the information submitted to and from the Trustee, and to (3) insure the accuracy of the information provided.

<u>MDL 1407 FEE AND COST TRUST ACCOUNT</u>

Pursuant to a request from the Plaintiffs' Steering Committee, the Court hereby appoints the trust department of Northern Trust Bank to serve as Trustee for the MDL 1407 Fee and Cost Account. The administration of this trust shall, unless otherwise required by RCW Title 11, be



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

governed by this Order. Liaison Counsel are hereby directed to execute and sign any documents required by the Trustee to establish the trust. The Trustee is directed to invest all MDL 1407 Fee and Cost Account funds in a government select mutual fund, consisting exclusively of securities issued or guaranteed as to principal and interest by the U.S. Government, its agencies or instrumentalities, so that interest will be generated on the common benefit funds for the common benefit of those entitled to reimbursement of costs and payment of attorneys' fees, as identified in paragraph 1 of Amended Case Management Order No. 8. The Trustee shall reinvest interest generated by the account. Any taxes owed on interest earned by the MDL 1407 Fee and Cost Account shall be paid by the Trustee from common benefit funds. Defendants and their counsel are not entitled to interest generated from the MDL 1407 Fee and Cost Account and, therefore, have no responsibility for paying taxes on any such interest generated by the Account. The Trustee's fees and expenses also shall be paid from common benefit funds, and Defendants and their counsel shall have no responsibility for paying any such fees or expenses. No other distribution of trust income or principal shall be made except upon Order of the Court.

CLAIMANTS SUBJECT TO ASSESSMENT

Plaintiffs' Liaison Counsel (PLC) will prepare a list of lawyers/law firms/claimants who are subject to a common benefit assessment on state court claims, as defined in paragraphs 3 through 5 of Amended CMO No. 8. A current list is attached hereto as Exhibit 1. It is anticipated PLC will update (as needed) this list and the list of all defendants and defense counsel of record in state cases where the plaintiff attorney has agreed to be subject to the assessment. Liaison Counsel will promptly serve upon the attorneys of records in these additional cases copies of CMO 8 and 16 with exhibits. Updates of the list of lawyers/law firms/claimants who are subject to a common benefit assessment on state court claims will be posted by PLC on the US District Court PPA MDL website at http://www.wawd.uscourts.gov/wawd/mdl.nsf/main/page. It shall be the responsibility of Liaison Counsel to serve CMO 8 and 16 (including the exhibits hereto) on



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

attorneys of record in this MDL and in state cases where the plaintiff attorney has agreed to be subject to the common benefit assessment set forth in Amended CMO No. 8. Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel (DLC) will cooperate in preparing a list of the attorneys to be served with CMO No. 16 and the exhibits hereto. Plaintiffs' Liaison Counsel will serve known plaintiff counsel in the MDL and plaintiffs' counsel in state cases who are subject to a common benefit assessment. Plaintiffs' Liaison Counsel will provide Defendants' Liaison Counsel with a list of all defendants and defense counsel of record in state cases where the plaintiff attorney has agreed to be subject to the assessment set forth in Amended CMO No. 8. Defendants' Liaison Counsel will serve known MDL defense attorneys of record and attorneys on the list of all defendants and defense counsel of record on the list provided to Defendants' Liaison Counsel by Plaintiffs' Liaison Counsel in state cases where the plaintiff attorney has agreed to be subject to this assessment set forth in Amended CMO No. 8. Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel will use reasonable diligence in serving attorneys with CMO No. 16 and the exhibits hereto, so that those attorneys are on notice that assessments need to be withheld, pursuant to the terms of Amended Case Management Order No. 8. However, Plaintiffs' Liaison Counsel and Defense Liaison Counsel, in undertaking the task of providing such notice, are acting solely to assist in the collection of the assessments, and Defense Liaison Counsel and Plaintiffs' Liaison Counsel will not be subject to any liability whatsoever with regard to the notification of attorneys or parties or with regard to the collection of the assessments.

All plaintiffs' counsel subject to an assessment because they have a case pending in this MDL or because they have signed a state-federal coordination agreement with the Plaintiffs' Steering Committee, shall within 20 days of this order provide PPA Liaison Counsel a complete list of their PPA Personal Injury cases, which shall include the names of all parties to each case and jurisdiction and cause number of where the case is pending.



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

TENDER OF PAYMENT FORM

Before paying any settlement/judgment to any claimant/plaintiff or their counsel, each defendant subject to the jurisdiction of this Court shall fully complete a Tender of Payment Form. A copy of the Tender of Payment Form approved by the Court is attached as Exhibit 2. Each defendant subject to the jurisdiction of this Court shall require that each claimant/plaintiff or their counsel fully complete plaintiff's portion of the Tender of Payment Form before defendant distributes any payment of settlement/judgment monies to any claimant/plaintiff or their counsel. Every claimant/plaintiff's counsel (and their firms) receiving any portion of a fee from the settlement/judgment must be listed on the form.

In cases in which a settlement/judgment is to be paid by a defendant not subject to the jurisdiction of this Court, but in which the claimant/plaintiff or their counsel receiving the settlement/judgment is subject to a common benefit assessment pursuant to the terms of Amended Case Management Order No. 8, the claimant/plaintiff or their counsel shall be required to initiate the completion of Tender of Payment Form and follow the procedures set forth in this Order. Every claimant/plaintiff's counsel (and their firms) receiving any portion of a fee from the settlement/ judgment must be listed on the Tender of Payment Form.

Procedure When Assessment is Due. For each claim from which an assessment is due, at or before the time of distribution of any payment to a claimant/plaintiff or their counsel, the defendant shall forward a cashier's check or wire transfer in the amount mandated by Amended Case Management Order No. 8, along with a completed copy of the authorized Tender of Payment Form, to the Trustee. All wire transfers must be pre-approved by the Trustee. Upon receipt of assessment funds, the Trustee must immediately deposit assessment funds into the MDL 1407 Fee and Cost Account, then complete the "For Trustee's Use Only" section of the Tender of Payment Form. The Trustee shall forward one copy each of the completed Tender of Payment Form to the "Remitting Counsel" and the "Opposing Counsel" identified on the Tender of Pay-



**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

ment Form, using envelopes marked "Personal and Confidential." The Trustee shall not send the Tender of Payment Form or disclose any of its contents to any other person or entity. The Trustee shall maintain copies of the Tender of Payment Forms and keep records so that in the event that the Court directs a refund of any MDL 1407 Fee and Cost Account balance at the conclusion of this litigation, the Trustee will be able to distribute the balance on a pro rata basis to each claimant/plaintiff who paid an assessment, should the Court so order.

Procedure When No Assessment Is Due. Fourteen days prior to paying any settlement/judgment disposing of any claim from which no assessment is due, "Remitting Counsel," i.e., counsel for the defendant, shall send by overnight mail copies of the Tender of Payment Form to Plaintiffs' Liaison Counsel in an envelope marked "Personal and Confidential," but the "Section II – Settlement Information" of the Tender of Payment Form shall be redacted on the copy sent to Plaintiffs' Liaison Counsel by "Remitting Counsel" prior to mailing. Upon receipt of any such Tender of Payment Form, Plaintiffs' Liaison Counsel shall review the information submitted to determine whether no assessment is due. Should it be determined that an assessment is due, Plaintiffs' Liaison Counsel shall notify all counsel listed on the Tender of Payment Form of that determination and the reasons supporting same. Any such notification shall be served by Plaintiffs' Liaison Counsel by overnight mail within ten days of receipt of the Tender of Payment Form, and a copy of same shall be filed with the Court "Under Seal." If such a determination is made and timely served, the defendant shall forward to the Trustee, within ten days of such notification from Plaintiffs' Liaison Counsel, a cashier's check or wire transfer in the amount of the disputed assessment, along with instructions that the funds should be deposited into an interest bearing "Disputed Assessments Account" to be set up by the Trustee. The Trustee's fees and expenses associated with the Disputed Assessments Account shall be paid from common benefit funds, and Defendants and their counsel shall not have any responsibility for paying any fees, expenses, or taxes associated with the Disputed Assessments Account.



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

PROTECTIVE ORDER

The Court hereby issues a protective order prohibiting the Trustee or Plaintiffs' Liaison Counsel from disclosing the identities of settling parties, the amount of settlements, or any other information disclosed to them via the Tender of Payment Forms. If it becomes necessary for Plaintiffs' Liaison Counsel to address payment disputes, any papers that need to be filed with the Court in connection with the dispute shall be filed with the Court "Under Seal," pursuant to procedures established by the Court in Case Management Order No. 2.

TRUST BALANCE REPORTING REQUIREMENTS

On the first business day of every month, the Trustee shall provide Plaintiffs' and Defendants' Liaison Counsel with the total number of deposits made by Defendants collectively into the MDL 1407 Fee and Cost Trust Account and the Disputed Assessments Account. Further from time to time as directed by the Court, upon application of either Liaison Counsel (upon notice to opposing Liaison Counsel), the Trustee shall notify Liaison Counsel in writing of the total sum of principal deposits, interest accrued, disbursements and total current balance of the MDL 1407 Fee and Cost Account. Within 20 days of being served with notice of such application, Liaison Counsel may oppose a request for a report on the grounds that rendering such a report at the time requested will result in the disclosure of otherwise confidential information. The ledger of individual deposits into the account shall remain confidential as to all parties and counsel.

DISPUTES INVOLVING ASSESSMENTS

Any settling plaintiff or plaintiff's counsel who disputes the appropriateness of an assessment is instructed to take that matter up with Plaintiffs' Liaison Counsel and, if necessary, this Court. If such a dispute needs to be directed to this Court, it shall be done so "Under Seal" in such a way that it protects the confidentiality of the settling parties and, if it is necessary to submit such information to the Court, the "Settlement Amount." (In presenting an assessment-related dispute, the "Settlement Amount" shall not be submitted to this Court unnecessarily, even though



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

it would be submitted "Under Seal," and the Settlement Amount shall not be disclosed to Plaintiffs' Liaison Counsel.)

It is the intention of the Court to protect through this Order, and if necessary through additional Orders, Defendants and their counsel from being drawn into disputes over the appropriateness of MDL assessments. If a Defendant has paid an assessment to the Trustee, or transmitted disputed assessment funds to the Trustee to be escrowed in the Disputed Assessments Account, in a case pursuant to Amended Case Management Order No. 8 and this Order, Defendant and its counsel are absolved of any further responsibility involving that assessment, including, without limitation, the need to refund that assessment in the event a determination is made later that an assessment in that case was not due. Furthermore, if a Defendant has paid or escrowed an assessment in a case pursuant to Amended Case Management Order No. 8 and this Order, Defendant and its counsel shall not be subject to complaints by Plaintiff or its counsel in any forum. If for any reason an MDL assessment is due but is not withheld, the settling plaintiff and his/her counsel shall be jointly responsible for promptly paying the assessment into the MDL Fee and Cost Account. Defendants and their counsel shall not be responsible for paying assessments in cases in which an assessment is due but was not withheld, except that the Court reserves the right to grant appropriate relief for any willful violation of its Order by a settling Defendant or its counsel.

If despite the clear directive in this Order that Defendants and their counsel are not to be drawn into disputes over the appropriateness of MDL assessments, a Plaintiff or counsel for a Plaintiff seeks to draw a Defendant or its counsel into a dispute over whether an assessment is due, that Defendant or its counsel may file a motion with this Court "Under Seal" seeking, among other relief, an Order directing the dispute to Plaintiffs' Liaison Counsel. Upon receiving such a request, this Court contemplates issuing, perhaps among other relief, a form Order as follows:



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

This matter is before the Court upon motion of [insert name of moving party] to refer a dispute over the appropriateness of an assessment in [insert case name] to Plaintiffs' Liaison Counsel. The motion is hereby granted, and Plaintiffs' Liaison Counsel is hereby directed to handle the dispute in such a way that it protects the confidentiality of settlement-related information by, for example, filing any papers relating to any such dispute "Under Seal." If [insert name of moving party] has already paid an assessment in the above-referenced case to the Trustee of the MDL Fee and Cost Account, or transmitted disputed assessment funds to the Trustee to be escrowed in the Disputed Assessment Account, that Defendant and its counsel are absolved of any further responsibility involving the payment, or refund, of an MDL assessment in [insert case name]. If a Defendant or its counsel has paid or escrowed an assessment in a case pursuant to Amended Case Management Order No. 8 and this Order, Defendant and its counsel shall not be subject to a complaint in any forum. It is the intention of this Court that Defendants and their counsel not be prejudiced in any way by following this Court's directives in the payment or escrowing of assessments pursuant to Amended Case Management Order No. 8 and this Order.

IT IS SO ORDERED.

If necessary, this Court stands ready to provide other relief necessary to protect Defendants and their counsel from any prejudice or potential prejudice that may result from following the directives of this Court in Amended Case Management Order No. 8 and this Order.

DATED Oct. 10, 2003.

Barbara J Rothstein
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE



Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

PRESENTED BY:

LEVINSON FRIEDMAN, P.S.

By
Lance Palmer, WSBA #18141

Plaintiffs' Liaison Counsel

APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED:

LANE POWELL SPEARS LUBERSKY, L.L.P.

By
Warren Babb, WSBA #13410

Defense Co-Liaison Counsel

WILLIAMS, KASTNER & GIBBS PLLC

By
Douglas A. Hofmann, WSBA #06393

Defense Co-Liaison Counsel



**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

# Exhibit 1

| Firm | Address | City | State | Zip |
|---|---|---|---|---|
| Abraham, Watkins, Nichols, Sorrels, Matthews & Friend | 800 Commerce Street | Houston | TX | 77002 |
| Alley Ingram | 701 E Washington Street, P.O. Box 3127 | Tampa | FL | 33601 |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | 1900 Delancey Place | Philadelphia | PA | 19103 |
| Ashcraft & Gerel | 200 L Street NW, Suite 400 | Washington | DC | 20036 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 218 Commerce Street, P.O. Box 4160 | Montgomery | AL | 36104 |
| Berke Berke & Burke | 832 Georgia Ave, Suite 1230 | Chattanooga | TN | 37402 |
| Bogue Koury Law Firm | 1401 17th Street, Suite 320 | Denver | CO | 80202 |
| Bohrer Law Firm, L.L.C. | 3388 Brentwood Dr. | Baton Rouge | LA | 70809 |
| Burg Simpson Eldredge Hersh Jardine PC | 40 Inverness Drive E | Englewood | CO | 80112 |
| Burns, Cunningham, Mackey & Fillingim PC | P.O. Box 1583 | Mobile | AL | 36633 |
| Clark, Depew & Tracey, Ltd., LLP | 440 Louisiana, 16th Floor | Houston | TX | 77002 |
| Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | West Tower, Suite 500<br>1100 New York Ave, NW | Washington | DC | 20005-3964 |
| Cory, Watson, Crowder, & Degaris, P.C. | 2131 Magnolia Ave<br>P.O. Box 55927 | Birmingham | AL | 35255 |
| Domengeaux Wright Roy Edwards | 556 Jefferson Street | Lafayette | LA | 70502-3668 |
| Early, Ludwick & Sweeney | One Century Tower, 11th Floor<br>265 Church Street | New Haven | CT | 06508-1866 |
| Frazer Davidson | 500 E. Capitol Street | Jackson | MS, | 39201 |
| Gale D. Pearson & Associates P.A. | 1012 Grain Exchange Building<br>400 South Fourth Street | Minneapolis | MN | 55415 |
| Gancedo & Nieves L.L.P. | 119 E Union St. Suite G | Pasadena | CA | 91103 |
| Herman, Mathis, Casey, Kitchens & Gerel | 820 O'Keefe Avenue | New Orleans | LA | 70113 |
| James T. Capretz, Attorney at Law | 5000 Birch St, Ste 2500 | Newport Beach | CA | 92660 |
| John H. Westover, Attorney at Law | P.O. Box 32748 | Phoenix | AZ | 85064 |
| Kirk Law Firm | 4265 San Felipe St., Suite 1400 | Houston | TX | 77027 |
| Kline & Specter | 1525 Locust Street, 19th Floor | Philadelphia | PA | 19102 |
| Law Office of Daniel E. Becnel Jr. | 106 W. Seventh St.<br>P.O. Drawer H | Reserve | LA | 70084 |
| Law Office of Vic Terry | 12221 Merit Drive, Suite 1650 | Dallas | TX | 75251-2251 |
| LeBlanc Maples & Waddell | 5353 Essen Ln, Suite 420 | Baton Rouge | LA | 70809 |
| Levin, Fishbein, Sedran & Berman | 510 Walnut Street, Suite 500 | Philadelphia | PA | 19106 |
| Levin, Papantonio, Middlebrooks, Thomas, Mitchell, Green, Echsner & Proctor | 316 South Baylen Street | Pensacola | FL | 32501 |
| Levinson Friedman | 720 Third Ave, Suite 1800 | Seattle | WA | 98104-1845 |
| Levy Angstreich Finney Baldante Rubenstein & Coren | 1616 Walnut Street, 5th Floor | Philadelphia | PA | 19103 |

**EXHIBIT 1**

| | | | | |
|---|---|---|---|---|
| Lopez, Hodes, Restaino, Milman, Skikos, & Polos | 450 Newport Center Dr, 2nd Floor | Newport Beach | CA | 92660 |
| McCraney, Nosef, Montagnet & Sanford PLLC | 11 Northtown Dr. Suite 220 | Jackson | MS | 39211 |
| McKernan Law Firm | 8710 Jefferson Hwy. | Baton Rouge | LA | 70809 |
| Merritt & Associates | P.O. Box 1377 | Oklahoma City | OK | 73101 |
| Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | One Pennsylvania Plaza | New York | NY | 10119 |
| Miller & Associates | 809 Cameron Street | Alexandria | VA | 22314 |
| Miller & Curtis | Ten Thousand North Central Expressway, Suite 1450 | Dallas | TX | 75231 |
| Murray Law Firm | 909 Poydras St., Suite 2550 LL&E Tower | New Orleans | LA | 70112-4000 |
| Neblett, Beard, & Arsenault | P.O. Box 1190 2220 Bonaventure Court | Alexandria | LA | 71309-1190 |
| Oldfather & Morris | 1330 South Third Street | Louisville | KY | 40208 |
| Parson & Wallenstein, LLP | 220 Old Country Rd. | Mineola | NY | 11501 |
| Pezzulli Harris Krona Skinner, LLP | 17304 Preston Road, #700 | Dallas | TX | 75252 |
| Piper & Associates | 624 Pierre Ave P.O. Box 69 | Shreveport | LA | 71161 |
| Provost & Umphrey | 409 Park Street, P.O. Box 4905 | Beaumont | TX | 77704 |
| Richardson Patrick Westbrook & Brickman | P.O. Box 879 | Charleston | SC | 29402 |
| Riggs Abney Law Firm | 502 W. 6th Street | Tulsa | OK | 74119 |
| Robinson & Cole L.L.P. | One Boston Place | Boston | MA | 02108-4404 |
| Robinson Calcagnie & Robinson | 620 Newport Center Dr. 7th Floor | Newport Beach | CA | 92660 |
| Rodriguez & Richards, L.L.C. | The Penthouse 226 W Rittenhouse Square | Philadelphia | PA | 19103 |
| Rumrell, Costabel, Warrington Thomas & Brock, LLP | First Union Bank Bldg, 24 Cathedral Pl., Suite 504 | St. Augustine | FL | 32084 |
| Seeger & Weiss L.L.P. | 1 William St. | New York | NY | 10004 |
| Sherman Salkow Petoyan & Weber, P.C. | 11601 Wilshire Blvd, Suite 675 | Los Angeles | CA | 90025-1742 |
| Sommers Schwartz Silver Schwartz | 2000 Town Center, Suite 900 | Southfield | MI | 48075 |
| The Loupe Law Firm | 2223 Quail Run Dr., Suite G | Baton Rouge | LA | 70808 |
| Ury & Moskow | 883 Black Rock Turnpike | Fairfield | CT | 06825 |
| Von Briesen, Purtell & Roper | 735 N Water St., Suite 1000 | Milwaukee | WI | 53202 |
| Weitz & Luxemburg | 180 Maiden Lane | New York | NY | 10038-4925 |
| Whatley Drake, L.L.C. | 2323 Second Ave N | Birmingham | AL | 35203 |
| White & Meany LLP | 3185 Lakeside Dr | Reno | NV | 89509 |
| Wilentz Goldman & Spitzer P.A. | 90 Woodbridge Center Dr, Suite 900 Box 10 | Woodbridge | NJ | 07096 |
| Williams, Daily, O'Leary, Craine, & Love, P.C. | 1001 SW Fifth Ave, Suite 1900 | Portland | OR | 97204 |
| Zimmerman Reed | 651 Nicollet Mall Suite 501 | Minneapolis | MN | 55402 |

# Exhibit 2

*****CONFIDENTIAL*****

TENDER OF PAYMENT
TO THE MDL 1407 FEE AND COST TRUST

FAX FORM TO: LORI WHITE, TRUSTEE
SECURED FACSIMILE:

**SECTION I – CASE INFORMATION:** (Must be completed in full by remitting counsel)

CASE NAME: ______________________________

CIVIL ACTION NUMBER: ______________________________

VENUE: [ ] U.S.D.C. [ ] State

**SECTION II – SETTLEMENT INFORMATION:** (Must be completed in full by remitting counsel)

| **A. IF LUMP SUM SETTLEMENT**, please complete | **B. IF INSTALLMENT SETTLEMENT**, please complete |
|---|---|
| SETTLEMENT AMOUNT $__________ | SETTLEMENT AMOUNT $__________<br>(Based in Present Value) |
| PERCENTAGE ALLOCATED [ ] 3% (State)<br>PER SETTLEMENT AGREEMENT [ ] 4% (Federal)<br>NO ASSESSMENT DUE [ ] 0% | PERCENTAGE ALLOCATED [ ] 3% (State)<br>PER SETTLEMENT AGREEMENT [ ] 4% (Federal)<br>NO ASSESSMENT DUE [ ] 0% |
| REMITTANCE AMOUNT $ __________ | REMITTANCE AMOUNT $ __________ |

**SECTION III – COUNSEL INFORMATION:**

| REMITTING (DEFENSE) COUNSEL—To be completed by Defense Counsel | OPPOSING (PLAINTIFF'S) COUNSEL OR CLAIMANT—To be completed by Plaintiff's Counsel or Claimant |
|---|---|
| NAME: ______________________ | NAME: ______________________ |
| FIRM: ______________________ | FIRM: ______________________ |
| ADDRESS: ______________________<br>______________________ | ADDRESS: ______________________<br>______________________ |
| PHONE NO.: ______________________ | PHONE NO.: ______________________ |
| FACSIMILE NO.: ______________________ | FACSIMILE NO.: ______________________ |
| REPRESENTING: ______________________ | REPRESENTING: ______________________ |

***CONFIDENTIAL***

| OPPOSING (PLAINTIFF'S) COUNSEL OR CLAIMANT | OPPOSING (PLAINTIFF'S) COUNSEL OR CLAIMANT |
|---|---|
| NAME: ______ | NAME: ______ |
| FIRM: ______ | FIRM: ______ |
| ADDRESS: ______<br>______ | ADDRESS: ______<br>______ |
| PHONE NO.: ______ | PHONE NO.: ______ |
| FACSIMILE NO.: ______ | FACSIMILE NO.: ______ |
| REPRESENTING: ______ | REPRESENTING: ______ |

(Attach additional sheets if necessary)

**SECTION IV – PAYMENT INSTRUCTIONS:** (Part B to be completed by remitting counsel, if applicable)

| A. IF BY CHECK, PLEASE NOTE CIVIL ACTION NUMBER ON YOUR CASHIER'S CHECK AND FORWARD THE REMITTANCE AMOUNT SPECIFIED IN SECTION II AS FOLLOWS: | B. IF BY WIRE TRANSFER, PLEASE COMPLETE THE FOLLOWING INFORMATION AND FORWARD THE REMITTANCE AMOUNT SPECIFIED IN SECTION II TO THE ACCOUNT NOTED BELOW: |
|---|---|
| *MAKE CASHIER'S CHECK PAYABLE TO:*<br><br>"MDL 1407 FEE AND COST ACCOUNT"<br><br>*MAKE CHECK AND THIS FORM TO:*<br><br>MDL 1407 FEE AND COST TRUST<br>ACCOUNT NO. 02-60309<br>ABA NO. 071000152<br>Northern Trust Bank<br>1414 Fourth Avenue<br>SEATTLE, WA 98101 | *WIRE FROM:*<br><br>BANK NAME: ______<br><br>ADDRESS: ______<br>______<br><br>ACCOUNT NO.: ______<br><br>ABA NO.: ______<br><br>*WIRE* TO MDL 1407 FEE AND COST TRUST<br>ABA NO. 071000152<br>NORTHERN TRUST CHICAGO<br>ACCOUNT 5186011000<br>For Further Credit to MDL 1407 TRUST<br>Account No. 02-60309 |

**SECTION V – SIGNATURES**: (Remitting counsel is responsible for obtaining authorized signature for both counsel)

| A. FOR REMITTING (DEFENSE) COUNSEL'S USE ONLY | B. FOR LEAD OPPOSING COUNSEL'S/CLAIMANT'S USE ONLY |
|---|---|
| I hereby certify that the information provided above is true and correct to the best of my information, knowledge and belief.<br><br>AUTHORIZED SIGNATURE: ______________________<br><br>DATE: ______________________ | I hereby certify that the information provided below is true and correct to the best of my information, knowledge and belief.<br><br>AUTHORIZED SIGNATURE: ______________________<br><br>DATE: ______________________ |

*****CONFIDENTIAL*****
*****FOR TRUSTEE'S USE ONLY*****

| AUTHORIZATION TO FORWARD REMITTANCE AMOUNT VIA WIRE TRANSFER | CONFIRMATION OF RECEIVING REMITTANCE AMOUNT |
|---|---|
| TRUSTEE'S SIGNATURE: ______________________<br><br>DATE OF AUTHORIZATION: ______________<br><br>AMOUNT TO BE FORWARDED: $___________ | TRUSTEE'S SIGNATURE: ______________________<br><br>DATE OF CONFIRMATION: ______________<br><br>AMOUNT RECEIVED: $_______________ |