RECEIVED
NOV 18 2003
LPSL

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to all actions. | MDL NO. 1407<br><br>CASE MANAGEMENT ORDER NO. 17A, AMENDED PETITION FOR SUGGESTION OF REMAND ORDER |

The following order shall serve as an adjunct to Case Management Order No. 17 ("CMO No. 17") concerning remand. Attached is an amended form of the Petition for Suggestion of Remand Order ("Petition") that was attached to CMO No. 17. This amended Petition should be substituted for the one attached to CMO No. 17.

A separate Petition must be filed in each case for which remand is sought. As set forth in CMO No. 17, Petitioning counsel shall serve a copy of the Petition upon Plaintiffs' Liaison Counsel Lance Eugene Palmer, Defendants' Liaison Counsel D. Joseph Hurson and Defendants' Liaison Counsel Douglas A. Hofmann (hereinafter, "liaison counsel"), as well as counsel of record in the case sought

to be remanded. To the extent possible, service upon liaison counsel should be electronic.

DATED this 18th day of November, 2003.

/s/ Barbara Jacobs Rothstein

HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to the following actions: [insert case name and docket number] | MDL NO. 1407<br><br>AMENDED PETITION FOR SUGGESTION OF REMAND ORDER |

The below-signed counsel of record in the following case:

[insert case name and docket number]

hereby certifies to the Court in good faith that the described case has completed case-specific fact discovery, and that all other generic fact and expert discovery as to each defendant is complete or time-barred, and otherwise is ripe for remand to its transferor court for further proceedings and disposition.

The below-signed counsel further certifies in good

faith that the following information is accurate:

Case Caption: ______________________________

Transferor Court: ______________________________

Date of Original Filing: ______________________

Date Docketed in MDL 1407: ____________________

Date of Alleged Injury: ________________________

Specific Type of Injury Claimed: _______________

Identity of All Defendants: ____________________

Estimated Length of Trial: _____________________

DATED at this __ day of ____________, 200__.

Respectfully Submitted,

______________________________
Name
Firm
Address/ Phone