RECEIVED
NOV 18 2003
LPSL

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to all actions. | MDL NO. 1407<br><br>CASE MANAGEMENT ORDER NO. 18 REQUIREMENT OF ALTERNATIVE DISPUTE RESOLUTION |

## I. REQUIREMENT OF ALTERNATIVE DISPUTE RESOLUTION

Within 10 days following a determination by this Court or its appointed Magistrate Judge that a case is "eligible for remand" as that term is used in Case Management Order No. 17, the parties must decide whether to mediate. If the parties do not agree to mediation by the end of the ten (10) day period, the parties involved in that case will be obligated to participate in a telephone "meet and confer" with Special Master Francis McGovern.[1] Immediately follow-

[1]The role of Special Master McGovern is hereby expanded to include the duties contemplated by this Case Management Order.

ing the ten (10) day period, the parties shall inform the Court of their decision by way of a brief joint submission titled "Election Regarding Alternative Dispute Resolution."

**II. MEDIATION**

Should the parties elect to mediate, the mediation shall be scheduled immediately upon selection of the case for remand. The mediation shall take place no later than fourteen (14) days following selection of the case for remand.

**III. SELECTION OF MEDIATORS**

Within ten (10) days of entry of this Order, the parties shall meet and confer in an attempt to agree upon a panel of regional mediators, which will include mediators from the following areas: California, Texas, Western Louisiana, Eastern Louisiana, the Northeast, the Southeast, and the remainder of the country. The parties can agree to additional mediators if deemed necessary. To the extent that the parties cannot agree on certain mediators, Plaintiffs' Steering Committee and Defendants' Steering Committee shall provide a list of nominees to Special Master Francis McGovern, who will assist the parties in reaching resolution. Each mediation session shall be conducted by one mutually agreed upon mediator selected from the panel of regional mediators. The cost of the mediation will be split equally among the mediating plaintiff(s) and the mediating defendant(s) collectively. The mediator selected shall be located within the same region as the

transferor court, unless the parties mutually agree otherwise.

**IV. "MEET AND CONFER"**

Should either of the parties decline to mediate the case, the parties must participate in a "meet and confer" with Special Master Francis McGovern. The parties shall contact the Special Master to arrange a telephonic conference immediately upon selection of the case for remand by the transferee court. The "meet and confer" shall take place no later than seven (7) days after the case is selected for remand.

Nothing in this order will prevent the parties from agreeing to mediate any additional cases or groups of cases.

DATED this 18th day of November, 2003.

/s/ Barbara Jacobs Rothstein

HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE