RECEIVED
JUN 23 2004
LPSL

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to all actions. | MDL NO. 1407<br><br>CASE MANAGEMENT ORDER NO. 18B REQUIREMENT OF ALTERNATIVE DISPUTE RESOLUTION |

**This case management order replaces and supercedes Case Management Order ("CMO") No. 18A.**

## I. REQUIREMENT OF ALTERNATIVE DISPUTE RESOLUTION

Within seven (7) days following inclusion of a case on a Suggestion of Remand Order by this transferee court, the parties must decide whether to mediate. Immediately following the seven (7) day period, the parties shall inform the Court of their decision whether or not to mediate by way of a brief joint submission titled "Election Regarding Alternative Dispute Resolution."

**II. MEDIATION**

Should the parties elect to mediate, the mediation shall take place no later than one month after inclusion of the case on a Suggestion of Remand Order.

**III. SELECTION OF MEDIATORS**

The parties shall meet and confer in an attempt to agree upon a panel of regional mediators, which will include mediators from the following areas: California, Texas, Western Louisiana, Eastern Louisiana, the Northeast, the Southeast, and the remainder of the country. The parties can agree to additional mediators if deemed necessary. To the extent that the parties cannot agree on certain mediators, Plaintiffs' Steering Committee and Defendants' Steering Committee shall provide a list of nominees to Special Master Francis McGovern, who will assist the parties in reaching resolution. Each mediation session shall be conducted by one mutually agreed upon mediator selected from the panel of regional mediators. The cost of the mediation will be split equally among the mediating plaintiff(s) and the mediating defendant(s) collectively. The mediator selected shall be located within the same region as the transferor court, unless the parties mutually agree otherwise.

**IV. "MEET AND CONFER"**

Should either of the parties decline to mediate the case, the parties must participate in, and are responsible for arranging, a

"meet and confer" with Special Master Francis McGovern.[1] The "meet and confer" shall take place no later than 21 days after the case is included on a Suggestion of Remand Order. Nothing in this Order will prevent the parties from agreeing to mediate any additional cases or groups of cases.

DATED this 23rd day of June, 2004.

s/ Barbara Jacobs Rothstein
HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

[1] The role of Special Master McGovern is hereby expanded to include the duties contemplated by this Case Management Order.