The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to all actions. | MDL NO. 1407<br><br>CASE MANAGEMENT ORDER NO. 18D ALTERNATIVE DISPUTE RESOLUTION |

**This case management order replaces and supercedes Case Management Order ("CMO") No. 18C, and amends CMO No. 17C.**

The court has determined, after hearing the views of counsel, that the Alternative Dispute Resolution ("ADR") requirements contained in CMO 18C are unnecessary in light of the fact that many, if not all, of the transferor courts have similar procedures in place. Therefore, in an effort to streamline the remand process, the court hereby vacates CMO 18C, except that the parties obligation to confer for the purpose of adding to the panel of regional mediators is ongoing.

Parties to actions in MDL 1407 are encouraged to continue engaging in mediations, either in the transferor jurisdictions

through court-ordered ADR, or otherwise.

CMO 17C is hereby amended to eliminate the following language from page 4, lines 3-6 of that order: "Issuance of a Suggestion of Remand Order triggers the Alternative Dispute Resolution Requirements contained in CMO 18B for the cases listed in that order."

DATED this 13th day of December, 2004.

s/ Barbara Jacobs Rothstein
HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE