UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICA ANN MEDINA, as Trustee on Behalf of heirs of VICTORIA TRUJILLO, Decedent,

Plaintiff,

v.

BAYER CORPORATION and BAYER PHARMACEUTICAL DIVISION,

Defendants.

Case No. 01-1868 (JRT/FLN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

RONALD S. GOLDSER, Zimmerman Reed, 651 Nicollet Mall, Suite 501, Minneapolis, Minnesota, 55402, for plaintiff.

LAURA J. BORST, Fulbright & Jaworski, 80 South 8th Street, Suite 2100, Minneapolis, Minnesota, 55402, for defendants.

Pursuant to the stipulation of plaintiff, Patricia Ann Medina, as trustee on behalf of heirs of Victoria Trujillo, Decedent and defendants, Bayer Corporation and Bayer Pharmaceutical Division [Docket No. 8], this action, including the Complaint and all possible claims and counterclaims, is dismissed with prejudice, without costs or attorney's fees to any party.

Dated: February 7, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
John R. Tunheim
United States District Judge